UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 NOV 13 P 3: 51

U.S. DISTRICT COURT

Andrew Meneese, by Power of Attorney Priscilla Vaughn, Plaintiff

v.

City of Milwaukee, Milwaukee Police Department, Unknown Officers (John Does 1-5), Defendants

Civil Action No.: __25-C 1782__

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS (42 U.S.C. §1983)

Plaintiff, Andrew Meneese, by his Power of Attorney, alleges as follows:

1. Jurisdiction and Venue

This Court has jurisdiction pursuant to 28 U.S.C. §§1331 and 1343. Venue is proper in the Eastern District of Wisconsin as the incident occurred in Milwaukee, Wisconsin.

2. Parties

- Plaintiff: Andrew Meneese, age 18 at the time of incident, by his Power of Attorney Priscilla Vaughn.
- Defendants: City of Milwaukee, Milwaukee Police Department, and Unknown Officers (John Does 1-5).

3. Facts

On November 13, 2022, Milwaukee police officers located Andrew Meneese for questioning. He did not resist arrest. Officers used excessive force, breaking multiple fingers while handcuffing him. Medical treatment was required, and records are available.

4. Claims for Relief

- Fourth Amendment Violation (Excessive Force)
- Battery
- Intentional Infliction of Emotional Distress
- Municipal Liability (Monell v. Department of Social Services)

5. Relief Sought

Plaintiff seeks compensatory damages, punitive damages, attorney's fees, and any other relief deemed just by the Court.

6. In Forma Pauperis

Plaintiff intends to proceed in forma pauperis (IFP) to waive the filing fee due to inability to pay.


Respectfully submitted,

Priscilla Vaughn

Power of Attorney for Andrew Meneese

MARNITA L. HALL
NOTARY PUBLIC
STATE OF WISCONSIN

6-13-2026

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED
2025 NOV 18 P 4: 17
CLERK OF COURT

NOTICE OF CLAIM

To: City of Milwaukee & Milwaukee Police Department

From: Priscilla Vaughn, Power of Attorney for Andrew Meneese

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 NOV 13 P 3: 52

CLERK OF COURT

Date of Incident: November 13, 2022
Location: Milwaukee, Wisconsin

Re: Excessive Force and Resulting Injuries

Dear Sir/Madam,

Please take notice that Andrew Meneese, by his Power of Attorney, Priscilla Vaughn, was subjected to excessive force by officers of the Milwaukee Police Department on November 13, 2022, in Milwaukee, Wisconsin. During this incident, Mr. Meneese, who was not resisting arrest, sustained multiple broken fingers while being handcuffed. He received medical treatment, and all records are available.

Claims:
- Battery
- Negligence
- Intentional Infliction of Emotional Distress

This Notice of Claim is provided pursuant to Wisconsin Statute §893.80(1d), and serves to preserve the right to bring a civil action for the above injuries.

Sincerely,

*Priscilla Vaughn*

Priscilla Vaughn
Power of Attorney for Andrew Meneese

*Andrew Meneese*

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 NOV 18 P 4: 17

CLERK OF COURT