Priscilla Vaughn

Power of Attorney for Andrew Meneese

P.O. Box 090371

Milwaukee, Wi 53209

414-644-1514

Vaughn.priscilla@yahoo.com

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 NOV 13 P 3: 49

CLERK OF COURT

25-C 1782

Date: 11-13-2025

Clerk of Court

United States District Court

Eastern District of Wisconsin

Room 362, Federal Courthouse

517 E. Wisconsin Avenue

Milwaukee, WI 53202

Re: Submission of Civil Rights Complaint – Andrew Meneese

Dear Clerk of Court:

Enclosed please find the following documents for filing on behalf of Plaintiff, Andrew Meneese:

1. Civil Rights Complaint (42 U.S.C. §1983)

2. Motion and Affidavit to Proceed In Forma Pauperis (IFP)

3. Notice of Claim

4. Power of Attorney authorizing Priscilla Vaughn to act on behalf of Andrew Meneese

5. Supporting Exhibits (limited medical documentation)

6. Cover Letter


Plaintiff respectfully requests that the Court:


- File and docket the enclosed Civil Rights Complaint,

- Grant the Motion to Proceed In Forma Pauperis, and

- Return a file-stamped copy of the Complaint and accompanying documents to the undersigned at the address above.


Please contact me if any additional information or documentation is required.


Thank you for your attention and assistance in this matter.


Respectfully submitted,

Priscilla Vaughn

Power of Attorney for Andrew Meneese

Date: 11-13-2025