U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2025 NOV 13 P 3: 51

CLERK OF COURT

## WISCONSIN STATUTORY POWER OF ATTORNEY FOR FINANCES AND PROPERTY
### IMPORTANT INFORMATION

This Power of Attorney authorizes another person (your agent) to make decisions concerning your property for you (the principal). Your agent will be able to make decisions and act with respect to your property (including your money) whether or not you are able to act for yourself. The meaning of authority over subjects listed on this form is explained in the Uniform Power of Attorney for Finances and Property Act in Chapter 244 of the Wisconsin Statutes.

This Power of Attorney does not authorize the agent to make health-care decisions for you.

You should select someone you trust to serve as your agent. Unless you specify otherwise, generally the agent's authority will continue until you die or revoke the Power of Attorney or the agent resigns or is unable to act for you.

Recording Area↑

Name and Return Address

_____

_____

_____

Parcel Identification Number (if any)

Your agent is entitled to reasonable compensation unless you state otherwise in the special instructions.

This form provides for designation of one agent. If you wish to name more than one agent, you may name a co-agent in the special instructions. Co-agents are not required to act together unless you include that requirement in the special instructions.

If your agent is unable or unwilling to act for you, your Power of Attorney will end unless you have named a successor agent. You may also name a 2nd successor agent.

This Power of Attorney becomes effective immediately unless you state otherwise in the special instructions. This Power of Attorney does not revoke any Power of Attorney executed previously unless you so provide in the special instructions.

If you revoke this Power of Attorney, you should notify your agent and any other person to whom you have given a copy. If your agent is your spouse or domestic partner and your marriage is annulled or you are divorced or legally separated or the domestic partnership is terminated after signing this document, the document is invalid.

If you have questions about the Power of Attorney or the authority you are granting to your agent, you should seek legal advice before signing this form.

DEPARTMENT OF HEALTH SERVICES
Division of Public Health
F-00036 (Rev. 08/2016)

STATE OF WISCONSIN
Effective Date March 31, 2016
s. 244.06 (1), Wisconsin Statutes

Wisconsin Legal Blank Co., Inc. • 749 N. 37th Street • Milwaukee, WI 53208 • 800-890-6890 • www.wilegalblank.com

Case 2:25-cv-01782-LA    Filed 11/13/25    Page 1 of 7    Document 1-2

## DESIGNATION OF AGENT

i, Andrew Mencest _____ (name of principal), name the following person as my agent:

Name of agent: Priscilla Vaughn _____

Agent's address: 3350 n. 29th St. _____

Agent's telephone number: 414-379-1749 _____

## DESIGNATION OF SUCCESSOR AGENT(S) (OPTIONAL)

If my agent is unable or unwilling to act for me, I name as my successor agent:

Name of successor agent: Ella Vaughn _____

Successor agent's address: 3350 n. 29th St. _____

Successor agent's telephone number: (414)628-8696 _____

If my successor agent is unable or unwilling to act for me, I name as my 2nd successor agent:

Name of 2nd successor agent: _____

Second successor agent's address: _____

Second successor agent's telephone number: _____

## GRANT OF GENERAL AUTHORITY

I grant my agent and any successor agent general authority to act for me with respect to the following subjects as defined (see Appendix) in the Uniform Power of Attorney for Finances and Property Act in chapter 244 of the Wisconsin statutes:

(INITIAL each subject you want to include in the agent's general authority.)

| Initial | Subject |
|---|---|
| AM | Real property |
| AM | Tangible personal property |
| AM | Digital property |
| AM | Stocks and bonds |
| AM | Commodities and options |
| AM | Banks and other financial institutions |
| AM | Operation of entity or business |
| AM | Insurance and annuities |
| AM | Estates, trusts, and other beneficial interests |
| AM | Claims and litigation |
| AM | Personal and family maintenance |
| AM | Benefits from governmental programs or civil or military service |
| AM | Retirement plans |
| AM | Taxes |

Wisconsin Power of Attorney for Finances and Property
F-00036 (Rev. 08/2016)

Wisconsin Legal Blank Co., Inc. • 749 N. 37th Street • Milwaukee, WI 53208 • 800-890-6890 • www.wilegalblank.com

Case 2:25-cv-01782-LA    Filed 11/13/25    Page 2 of 7    Document 1-2

## IMPORTANT INFORMATION FOR
## AGENT
### AGENT'S DUTIES

When you accept the authority granted under this Power of Attorney, a special legal relationship is created between you and the principal. This relationship imposes upon you legal duties that continue until you resign or the Power of Attorney is terminated or revoked. You must do all the following:

(1) Do what you know the principal reasonably expects you to do with the principal's property or, if you do not know the principal's expectations, act in the principal's best interest.

(2) Act in good faith.

(3) Do nothing beyond the authority granted in this Power of Attorney.

(4) Disclose your identity as an agent whenever you act for the principal by writing or printing the name of the principal and signing your own name as "agent" in the following manner:

*Andrew Menease* (principal's name) by *Priscilla Vaughn* (your signature) as agent

Unless the special instructions in the Power of Attorney state otherwise, you must also do all the following:

(1) Act loyally for the principal's benefit.

(2) Avoid conflicts that would impair your ability to act in the principal's best interest.

(3) Act with care, competence, and diligence.

(4) Keep a record of all receipts, disbursements, and transactions made on behalf of the principal.

(5) Cooperate with any person that has authority to make health-care decisions for the principal to do what you know the principal reasonably expects or, if you do not know the principal's expectations, to act in the principal's best interest.

(6) Attempt to preserve the principal's estate plan if you know the plan and preserving the plan is consistent with the principal's best interest.

### TERMINATION OF AGENT'S AUTHORITY

You must stop acting on behalf of the principal if you learn of any event that terminates this Power of Attorney or your authority under this Power of Attorney. Events that terminate a Power of Attorney or your authority to act under a Power of Attorney include all the following:

(1) Death of the principal

(2) The principal's revocation of the Power of Attorney or your authority.

(3) The occurrence of a termination event stated in the Power of Attorney.

(4) The purpose of the Power of Attorney is fully accomplished.

(5) If you are married to the principal, a legal action is filed with a court to end your marriage, or for your legal separation, unless the special instructions in this Power of Attorney state that such an action will not terminate your authority.

(6) If you are the principal's domestic partner and your domestic partnership is terminated, unless the special instructions in this Power of Attorney state that such an action will not terminate your authority.

Page 5

Wisconsin Power of Attorney for Finances and Property
F-00036 (Rev. 08/2016)

Wisconsin Legal Blank Co., Inc. • 749 N. 37ᵗʰ Street • Milwaukee, WI 53208 • 800-890-6890 • www.wilegalblank.com

# RELIANCE ON THIS POWER OF ATTORNEY FOR FINANCES AND PROPERTY

Any person, including my agent, may rely upon the validity of this power of attorney or a copy of it unless that person knows that the power of attorney has been terminated or is invalid.

## SIGNATURE AND ACKNOWLEDGMENT

Your signature _Andrew Meneese_ Date _11-22-22_

Your name printed _Andrew Meneese_ .

Your address: _3350 N 29th St Milwaukee WI 53216_

Your telephone number: _414-379-1749_

State of: _Wisconsin_ County of: _Milwaukee_

This document was acknowledged before me on

Date _11-22-22_ by name of principal _Andrew Meneese_

Signature of notary _Sarah Moore_

Name of notary (typed or printed) _Sarah Moore_

My commission expires: _11-26-23_

This document prepared by: _Priscilla Vaughn_

Wisconsin Power of Attorney for Finances and Property
F-00036 (Rev. 08/2016)

Wisconsin Legal Blank Co., Inc. • 749 N. 37th Street • Milwaukee, WI 53208 • 800-890-6890 • www.wilegalblank.com

Case 2:25-cv-01782-LA    Filed 11/13/25    Page 4 of 7    Document 1-2

## AGENT'S CERTIFICATION AS TO THE VALIDITY
### OF
## POWER OF ATTORNEY FOR FINANCES AND PROPERTY AND AGENT'S AUTHORITY

State of: WISCONSIN

County of: Milwaukee

I, Priscilla Vaughn (name of agent), certify under penalty of perjury that

Andrew Meneese (name of principal) granted me authority as an agent or

successor agent in a power of attorney dated 11-22-2022.

I further certify that to my knowledge:

(1) The principal is alive and has not revoked the power of attorney or my authority to act under the power of attorney, and the power of attorney and my authority to act under the power of attorney have not terminated.

(2) If the power of attorney was drafted to become effective upon the happening of an event or contingency, the event or contingency has occurred.

(3) If I was named as a successor agent, the prior agent is no longer able or willing to serve.

(4) _____

(insert other relevant statements)

### SIGNATURE AND ACKNOWLEDGMENT

Agent's signature Priscilla Vaughn                    Date 11-22-2022

Agent's name printed Priscilla Vaughn

Agent's address: 3350 N. 29th St.

Agent's telephone number: (414)379-1749

State of: Wisconsin                    County of: Milwaukee

This document was acknowledged before me on

Date 11-22-2022 by (name of agent) Priscilla Vaughn

(Seal, if any)

Signature of notary _____

Name of notary (typed or printed) _____

My commission expires: _____

This document prepared by: _____

Wisconsin Power of Attorney for Finances and Property
F-00036 (Rev. 08/2016)

Wisconsin Legal Blank Co., Inc. • 749 N. 37ᵗʰ Street • Milwaukee, WI 53208 • 800-890-6890 • www.wilegalblank.com

Case 2:25-cv-01782-LA    Filed 11/13/25    Page 5 of 7    Document 1-2

## LIABILITY OF AGENT

The meaning of the authority granted to you is defined in the Uniform Power of Attorney for Finances and Property Act in Chapter 244 of the Wisconsin Statutes. If you violate the Uniform Power of Attorney for Finances and Property Act in Chapter 244 of the Wisconsin Statutes or act outside the authority granted, you may be liable for any damages caused by your violation.

If there is anything about this document or your duties that you do not understand, you should seek legal advice.

## OPTIONAL SIGNATURE OF AGENT

I have read and accept the duties and liabilities of the agent as specified in this Power of Attorney.

Agent's signature _Priscilla Vaughn_ Date _11-22-2022_

Attached:
(1) Agent's certification as to the validity of Power of Attorney for Finances and Property and agent's authority (Optional).
(2) Appendix: Power of Attorney for Finances and Property Statutory Authority Definitions (Optional).

Wisconsin Power of Attorney for Finances and Property
F-00036 (Rev. 08/2016)

Wisconsin Legal Blank Co., Inc. • 749 N. 37th Street • Milwaukee, WI 53208 • 800-890-6890 • www.wilegalblank.com

Case 2:25-cv-01782-LA    Filed 11/13/25    Page 6 of 7    Document 1-2



# Social Security Administration
# Benefit Verification Letter

Date: October 25, 2024
BNC#:24R5812A63633
REF: C1

PRISCILLA VAUGHN FOR
IZAYAH R
VAUGHN MITCHELL
APT 6D
1153 BOUGHTON ST
WATERTOWN WI 53094-3127

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2023, the full monthly Social Security benefit before any deductions is $845.80.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $845.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the fourth Wednesday of each month.

## Information About Past Social Security Benefits

From December 2022 to November 2023, the full monthly Social Security benefit before any deductions was $819.60.

We deducted $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $819.00.
(We must round down to the whole dollar.)

## Type of Social Security Benefit Information

You are entitled to monthly benefits as a dependent of the wage earner.

## Date of Birth Information

The date of birth shown on our records is February 27, 2020.

See Next Page