LA
25CV1782

U.S. District Court
Wisconsin Eastern

MAR 09 2026

FILED
Clerk of Court

3-3-26

I have recieved a letter regarding case No. 25-C-1782 asking for the officers name involed in my case. On the day of November 13, 2022 there were two officers who arrested me a male and female. The male Officer name is John Kohler and the female officer name is Danyatta Brown. There both apart of Milwaukee Police Department squad 1230. Officer John Kohler is who grabbed me and slammed me causing the damage to my hand and officer Danyatta Brown put her knee into my lower back while Mr. Kohler put hand cuffs on me.

I do not have there badge number but those are the names of the officers who used excessive force during arresting me. I will try to get the balance of $314.93 paid as soon as possible, If any other information is needed please contact me. Thank you