# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ANDREW MENEESE,
        **Plaintiff,**

    v.                                     Case No. 25-C-1782

JOHN DOES #1-5,
        **Defendants.**

## ORDER

Plaintiff Andrew Meneese, who is representing himself, is proceeding on a Fourth Amendment excessive force claim, along with state law battery and intentional infliction of emotional distress claims, against John Doe City of Milwaukee Police Officers #1-5 in connection with his November 13, 2022 arrest. ECF Nos. 1 & 9. On March 9, 2026, Plaintiff filed a letter explaining that the real names of John Does #1-2 are John Kohler and Danyatta Brown. ECF No. 11. Accordingly, I will direct the Clerk of Court to amend the caption to reflect that the real names of John Does #1-2 are John Kohler and Danyatta Brown. If Plaintiff wishes to continue pursuing his claims against John Does #3-5, he must use discovery to identify them, as explained in the screening order. ECF No. 9 at 4-6.

For the reasons stated, **IT IS HEREBY ORDERED** that the Clerk of Court shall amend the caption to reflect that the real names of John Does #1-2 are John Kohler and Danyatta Brown.

**IT IS FURTHER ORDERED** that the U.S. Marshals Service shall serve a copy of the complaint, the screening order, and this order upon John Kohler and Danyatta Brown pursuant to Federal Rule of Civil Procedure 4. Plaintiff is advised that Congress requires

the U.S. Marshals Service to charge for making or attempting such service. 28 U.S.C. § 1921(a). Although Congress requires the court to order service by the U.S. Marshals Service, it has not made any provision for these fees to be waived either by the court or by the U.S. Marshals Service. The current fee for waiver-of-service packages is $8.00 per item mailed. The full fee schedule is provided at 28 C.F.R. §§ 0.114(a)(2), (a)(3). The U.S. Marshals Service will give plaintiff information on how to remit payment. The court is not involved in collection of the fee.

**IT IS ALSO ORDERED** that John Kohler and Danyatta Brown shall file a responsive pleading to the complaint.

Dated at Milwaukee, Wisconsin this 11th day of March, 2026.

/s/ Lynn Adelman
LYNN ADELMAN
United States District Judge

2