# PROCESS RECEIPT AND RETURN

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF Andrew Meneese | COURT CASE NUMBER 25cv1782 |
|---|---|
| DEFENDANT Kohler et al | TYPE OF PROCESS summons, order, complaint |

| | NAME OF INDIVIDUAL COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| **SERVE AT** { | John Kohler |
| | ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)* |
| | 749 W State St, Milwaukee, WI 53233 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| Andrew Meneese Dodge Correctional Institution PO Box 700 Waupun, WI 53963-0700 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

| Signature of Attorney or other Originator requesting service on behalf of: | ☑ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Andrew Meneese | | | 3/12/2026 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY – DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. ___ | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | | | | |

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date | Time | ☑ am ☐ pm |
|---|---|---|---|
| Alexandria S. DAVIS – Office Assistant | 3-31-26 | 0858 | |
| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy Patrick Walton | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | $6.53 | | $71.53 | | $71.53 |

REMARKS

Served at 749 W State St

Civil Action No. 25cv1782

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons and the attached complaint for *(name of individual and title, if any):*

John Kohler

were received by me on *(date)* 3-26-26 .

☐ I personally served the summons and the attached complaint on the individual at *(place):*

_____ on *(date)* _____ ; or

☐ I left the summons and the attached complaint at the individual's residence or usual place of abode with
*(name)* _____ , a person of suitable age and discretion who resides
there, on *(date)* _____ and mailed a copy to the individual's last known address; or

☒ I served the summons and the attached complaint on *(name of individual)* Alexandria S. Davis
who is designated by law to accept service of process on behalf of *(name of organization)* Milwaukee
Police Department, 749 W State St on *(date)* 3-31-26 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ 6.53 for travel and $ 65.00 for services, for a total of $ 71.53

I declare under penalty of perjury that this information is true.

Date: 3-31-26

Patwan Well
*Server's signature*

Patrick Walton Deputy U.S. Marshal
*Printed name and title*

517 E Wisconsin Avenue, Milwaukee, WI 53202
*Server's address*

Additional information regarding attempted service, etc.: