U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 APR -2 P 4: 35

CLERK OF COURT



**wellpath**
The New CCS+CMGC.

Date: 12/29/2023
Wellpath/MCJ
949 N 9th St
Milwaukee, Wi 53233

To whom it may concern:

As of yet, we are still unable to access the system that printed out the invoices that we used for our records request. As a substitute, we are using this letter in its place. If you are aware or unaware of the Contractor change, please note that all payments shall now be made out to the following:

**Milwaukee County**
**949 n 9th st  Rm 279**
**Milwaukee, Wi 53233**
**Attn: Medical Records Department**

**Please accept this letter to return your payment for any records request**

Facility Name: Priscilla Vaughn
Address: 3350 N 29th St Milwaukee, WI 53216
Patient Name: Andrew Meneese
Date of Birth: 01/19/2004
Pages:_87__  Amount Due: $_66.85___ If you have any questions, please feel free to contact the Health Information
Management Department @ 414 226-7131

MENEESE, ANDREW

1/19/2004



**To hope and healing.**

| **Refusal of Clinical Services** | | Status: ☐ Adult ☐ Juvenile | |
|---|---|---|---|
| Patient Name: Andrew Mcrese | Patient Number: 622615 | Booking Number: | Date of Birth: 1/19/04 | Today's Date: 12/5/23 |

This is to certify that the above-named patient presently refuses: (check all that apply, medication refusal NOT included on this form)

☐ Sick Call ☐ Chronic Care Clinic ☐ Physical Exam (H&P)

☐ Mental Health ☐ Dental Care ☐ Off-Site Appointment:_____

☐ X-Ray Services ☒ Laboratory Services ☐ Other Diagnostic Tests:_____

☐ Pregnancy Testing ☐ Other:_____

Reason for Refusal: ___No Response_____

I understand there are the following possible risks, complications, and/or side effects involved in refusing clinical services.

Describe: _____

Pregnancy testing and treatment risks: I understand that some medical interventions and medications, or not receiving recommended care during a pregnancy may result in miscarriage, birth defects, developmental delays, or other medical issues.

I acknowledge that I have been fully informed of and understand the above recommendation(s), and the risks involved in refusing them. I hereby release and agree to hold harmless the City/County/State, statutory authority, Wellpath LLC, all correctional personnel, my health care provider, and all healthcare personnel from all responsibility and any ill effects which may result from this action/refusal. By signing this document, I personally assume all responsibility for my refusal.

I understand that I will continue to have access to health care, and may resubmit a request for this service.

I understand the information on this form and have had the opportunity to ask questions.

| _____ | _____ | _Signature_ 12/5/23 | |
|---|---|---|---|
| Signature of Patient | Date/Time | Signature of QHP/Title | Date/Time |

**PLEASE NOTE:** If the patient refuses to sign, two (2) people shall witness this, and the circumstances of refusal documented.

_____ 12/5/23 12:02p
Signature of Additional Witness Date/Time

Completed: ☐ In-Person ☐ Telehealth

| | | | |
|---|---|---|---|
| | | | |

MENEESE, ANDREW
1/19/2004

# wellpath
To hope and healing.

## Consult Sheet

| | | | | |
|---|---|---|---|---|
| Appointment Date: | 2/22/2023 | | Appointment Time: | 8:00 AM |
| Patient Name: | ANDREW A MENEESE | | Authorization #: | 26874725 |
| Patient #: | 626187 | | Site: | Milwaukee County, WI |
| Social Security #: | | | Patient Type: | None |
| Date of Birth: | 1/19/2004 | | Alerts: | |
| Gender: | M | | Booking #: | |
| Interpreter Needed: | ☐ | | Interpreter Type: | |

## Consulting Physician's Report

**Significant Findings, Including Tests Done:**

S/P ORIF ® 4th MC FX DOS 12/2/22

XR stable with interval healing stable hardware

No malalignment, mild tenderness 4th MC.

**Diagnosis:**

® 4th MC FX S/P ORIF 12/2/22

**Orders / Recommendations:**

WBAT right hand
activity as tolerated

500-1,000mg APAP PI q 6hrs prn pain
(Flu prn)

Physician Signature: S. White PA-C          Date: 2/22/23

Please include copy of Treatment Sheet upon release.

*Place completed form along with all other documentation in a sealed envelope and send back with the Officer*

MENEESE, ANDREW

1/19/2004

**Emergency Response Scribe
Sheet**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/24/2023 |

*Instructions: Complete the following information during the emergency; enter data as directed by Lead including time and person performing task(s) as appropriate. Document initial findings below. If changes occur during the course of the emergency response, note the time and new findings on back. Use additional paper as needed.*

Time of Emergency Notification: *1845*          Time of Medical Response: *1849*

**Nature of Emergency:**

☐ *Pain* ☐ *Trauma* ☐ *Bleeding* ☐ *Tazed* ☐ *Suicide attempt* ☑ *Chest Pain* ☐ *Seizure*

☐ *Loss of consciousness/unresponsive* ☐ *Abnormal Behavior* ☐ *Substance ingestion:*

Type/amount:

☐ *Foreign Body ingestion:* ☑ *Other:*

*Arm Pain*

☐ *Razor* ☐ *Battery* ☐ *Magnet* ☐ *Electrical component*

(describe shape/size and how ingested below)

Description/Comments (include onset, duration, and recent history):

*Upon entry to the POD, patient was sitting in a chair in the day room outside his cell. Patient c/o right shoulder/arm pain along with chest pain. Patient was "slammed into a wall" by an officer and now his arm hurts. Writer looked at elbow and there was no identifiable deformity but it was very tender to touch. Patient able to move arm and wiggle fingers. CRT was WNL, VSS except BP was slightly elevated at 152/102. Writer told patient she would get him an ice pack and some Tylenol. Will schedule appt with provider in the am. Clear to remain.*

Initial Response:

**D-DANGER**

Is it safe to respond?          ◉ *Yes* ○ *No*

Explain:

Are there additional victims?          ○ *Yes* ◉ *No*

List:

PPE put on?          ☐ *Gloves* ☐ *Mask* ☐ *N95* ☐ *Face shield* ☐ *Gown* ☐ *Shoe covers*

**R-RESPONSE**

Is Patient Responsive?          ◉ *Alert* ○ *Responds to Verbal* ○ *Responds to Pain* ○ *Unresponsive*

Oriented to:          ☑ *Person* ☑ *Place* ☑ *Time* ☑ *Situation* ☐ *Disoriented to all*

☐ *Narcan Given* ☐ *C-Collar Placed*

**C-CIRCULATION**

☑ *Pulses confirmed* ☐ *No pulses;*

CPR initiated time/by:

Milwaukee County, WI
Milwaukee County Jail
949 N. 9th Street
Milwaukee , WI53233

**Emergency Response Scribe Sheet**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/24/2023 |

CPR initiated time/by:

☐ AED applied    time:    ☐ Shock    time:    ☐ No shock advised

☐ IV started

Time:      By:      Location:

Solution/rate:

**A-AIRWAY**

☑ Airway is open and clear ☐ Presence of blood ☐ Presence of chemical residue

☑ Trachea midline ☐ Deviated trachea ☐ Distended neck veins

☐ Airway cleared, head tilt or chin lift ☐ Oral airway inserted

Time:

**B-BREATHING**

☑ Breathing on own ☑ Regular ☐ Irregular ☐ Shallow ☐ Deep

☐ Oxygen initiated ☐ Rescue breathing/Ambu-bag initiated

Time:      By:      Via:

Liters/Min:

Additional Notes and Disposition:

**Pupils:**

☐ Equal ☐ Round ☐ Reactive to light ☐ Fixed

Size in mm: ○ 1 ○ 2 ○ 3 ○ 4 ○ 5 ○ 6 ○ 7 ○ 8

**Skin:**

☑ Normal for patient ☐ Pallor / pale ☐ Cyanotic / blue ☐ Diaphoretic / sweaty

☑ Intact ☐ Contusions / bruising ☐ Wounds

Comments / description

**Extremities:**

☑ Moves all extremities ☑ Ambulatory / walking ☑ Capillary refill <3 seconds ☐ Capillary refill >3 seconds

Comments:

**Vital Signs Repeat every 10-15 min, more frequently if indicted pending transfer to ED or until stable**

*Contact health care provider if vital signs are outside parameters*

*Blood Pressure: *SBP > 180 or < 90. *DBP > 110 or < 60*

Milwaukee County, WI
*Milwaukee County Jail*
949 N. 9th Street
*Milwaukee, WI53233*

**Emergency Response Scribe
Sheet**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/24/2023 |

*Contact health care provider if vital signs are outside parameters*

*Blood Pressure: \*SBP > 180 or < 90, \*DBP > 110 or < 60*

*Pulse: \*remains > 110 or < 60*

*Respirations: \*persistently < 10 or > 20*

*Temp: \*> 101° F*

*Oxygen Sat: \*< 90%*

*Glasgow Score (E+M+V): Best possible = 15, Worse possible = 3*

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-24-2023 06:51 PM CST | 152/102 | 83 | 17 | 98.00 | 99 | - | - | - | - | - | - |

Blood Sugar:

Glasgow Score (E+M+V):   15

Glasgow Coma Scale Score: (E + M + V= Total Score)

**E: Eyes Opening**

4 Spontaneous
3 To call
2 To pain
1 None

**M: Motor Response**

6 Obeys commands
5 Localizes pain
4 Normal flexion (withdrawal)
3 Abnormal flexion (decorticate)
2 Extension (decelerate)
1 None (flaccid)

**V: Verbal Response**

5 Oriented
4 Confused Conversation
3 Inappropriate words
2 Incomprehensible sounds
1 None

☐ Wellpath Now Consulted ☐ RelyMD consulted ☐ Medical Provider Contacted ☐ EMS activated

**Responding Staff (list names and license or titles):**

Lead:          Dawn S RN

Assistant:

Head:

Chest:

Scribe:

**Emergency Response Scribe
Sheet**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/24/2023 |

Scribe:

**Additional Responding staff (list names/department):**

*Lt Holliman*

> *STOP: Incidents that did not result in an immediate transfer to Emergency Department, please complete the Emergency Response Documentation Tool and attach to this Emergency Response Scribe Sheet. File both in the health record*

**Completed: ◉ In-Person  ○ Telehealth**

| Form Folder and Number: Nursing Documentation ND08.4 | Form Owner: Karina Purcell | Accreditation: | Active / Last Revision Date: March 27, 2023 |
|---|---|---|---|

MENEESE, ANDREW

1/19/2004



**wellpath**
To hope and healing.

# Offsite Services Referral Request

| | |
|---|---|
| Patient Number: 626187 | Appointment Date: 12/15/2022 3:00:00 PM |

| Site: Milwaukee County, WI | |
|---|---|

| Location: Milwaukee County Jail | Inmate Type: ☒None ☐State ☐Interstate Compact ☐Federal ☐ICE/INS ☐SMCP ☐USMS |
|---|---|

| Patient Name: ANDREW | (Middle) A | (Last) MENEESE |
|---|---|---|

| Birth date: 1/19/2004 | Social Security # |
|---|---|

| Booking #: 2022013932 | ☐ Interpreter Needed | Interpreter Type: |
|---|---|---|

| ☐ Is Juvenile  ☐ Is Infirmary Housed | Gender: ⊗ Male ○ Female ○ Transgender |
|---|---|

| Admission Date: 11/14/2022 | Provider Signature: |
|---|---|

Requesting Provider: Kwansa, Nana Provider

☐ Workers Comp  ☐ Confirmed due to Inmate Violence  ☐ Suspected due to Inmate Violence  ☐ Pre-Existing
☐ Inpatient Stay  ☐ Prebooking Event  ☐ Pre-Sentenced  ☐ Sentenced

**Treatment Type:** OFFICE VISITS

**Specialty Type:** Orthopedics

**Consulting Provider:** AURORA MEDICAL GROUP

**Place of Service:** 8901 W LINCOLN AVE WEST ALLIS, Wisconsin 53227

**Appointment Priority:** Urgent (within 14 days)

**Diagnosis:**

S62.324A:Disp fx of shaft of fourth metacarpal bone; right hand; init:True

**Previous Treatment and Response (Include Meds):**

PRN tylenol and ibuprofen

**History of Illness / Injury with date of Onset:**

Patient seen at Aurora Sinai ED on 11/12 and noted to have closed displaced fracture of shaft of 4th metacarpal bone of right hand. Patient to follow up with hand surgery within days of discharge.

**Results of complaint directed physical exam with findings:**

Right hand in ulnar gutter cast cradling 4th and 5th digit

**Authorized Services:**

N/A

**Current functional ability / ADLs:**

Independent

**Other:**

Call to schedule with hand surgery: 414-935-7521
***SCHEDULE POST-OP FOR 12/15***


## ✚ wellpath
### To hope and healing.

# Offsite Services Referral Request

| | |
|---|---|
| Patient Number: 626187 | Appointment Date: 12/15/2022 3:00:00 PM |

| | | |
|---|---|---|
| Site: Milwaukee County, WI | | |
| Location: Milwaukee County Jail | Inmate Type: | ☒None ☐State ☐Interstate Compact ☐Federal ☐ICE/INS ☐SMCP ☐USMS |

| | | |
|---|---|---|
| Patient Name: ANDREW | (Middle) A | (Last) MENEESE |
| Birth date: 1/19/2004 | Social Security # | |
| Booking #: 2022013932  ☐ Interpreter Needed | Interpreter Type: | |
| ☐ Is Juvenile  ☐ Is Infirmary Housed | | Gender: ⊗ Male ○ Female ○ Transgender |
| Admission Date: 11/14/2022 | Provider Signature: | |
| Requesting Provider: Kwansa, Nana Provider | | |

☐ Workers Comp  ☐ Confirmed due to Inmate Violence  ☐ Suspected due to Inmate Violence  ☐ Pre-Existing
☐ Inpatient Stay  ☐ Prebooking Event  ☐ Pre-Sentenced  ☐ Sentenced

---

**Treatment Type:** OFFICE VISITS

**Specialty Type:** Orthopedics

**Consulting Provider:** AURORA MEDICAL GROUP

**Place of Service:** 8901 W LINCOLN AVE WEST ALLIS, Wisconsin 53227

**Appointment Priority:** Urgent (within 14 days)

**Diagnosis:**

| |
|---|
| S62.324A:Disp fx of shaft of fourth metacarpal bone; right hand; init:True |

| Previous Treatment and Response (Include Meds): | History of Illness / Injury with date of Onset: |
|---|---|
| PRN tylenol and ibuprofen | Patient seen at Aurora Sinai ED on 11/12 and noted to have closed displaced fracture of shaft of 4th metacarpal bone of right hand. Patient to follow up with hand surgery within days of discharge. |

| Results of complaint directed physical exam with findings: | Authorized Services: |
|---|---|
| Right hand in ulnar gutter cast cradling 4th and 5th digit | N/A |

| Current functional ability / ADLs: | Other: |
|---|---|
| Independent | Call to schedule with hand surgery: 414-935-7521 ***SCHEDULE POST-OP FOR 12/15*** |

 **wellpath**

To hope and healing.

# Offsite Services Referral Request

| | |
|---|---|
| Patient Number: 626187 | Appointment Date: 11/23/2022 11:00:00 AM |

| | |
|---|---|
| Site: Milwaukee County, WI | |

| Location: Milwaukee County Jail | Inmate Type: | ☒ None ☐ State ☐ Interstate Compact ☐ Federal ☐ ICE/INS ☐ SMCP ☐ USMS |
|---|---|---|

| Patient Name: , ANDREW | (Middle) A | (Last) MENEESE |
|---|---|---|

| Birth date: 1/19/2004 | Social Security # | |
|---|---|---|

| Booking #: 2022013932 | ☐ Interpreter Needed | Interpreter Type: |
|---|---|---|

| ☐ Is Juvenile  ☐ Is Infirmary Housed | Gender: ⊗ Male ○ Female ○ Transgender |
|---|---|

| Admission Date: 11/14/2022 | Provider Signature: |
|---|---|

Requesting Provider: Kwansa, Nana Provider

☐ Workers Comp   ☐ Confirmed due to Inmate Violence   ☐ Suspected due to Inmate Violence   ☐ Pre-Existing
☐ Inpatient Stay   ☐ Prebooking Event   ☐ Pre-Sentenced   ☐ Sentenced

---

**Treatment Type:** OFFICE VISITS

**Specialty Type:** Orthopedics

**Consulting Provider:** AURORA MEDICAL GROUP

**Place of Service:** 8901 W LINCOLN AVE WEST ALLIS, Wisconsin 53227

**Appointment Priority:** Emergent (within 24 hours)

**Diagnosis:**

| |
|---|
| S62.324A:Disp fx of shaft of fourth metacarpal bone; right hand; init:True |

| Previous Treatment and Response (Include Meds): | History of Illness / Injury with date of Onset: |
|---|---|
| PRN tylenol and ibuprofen | Patient seen at Aurora Sinai ED on 11/12 and noted to have closed displaced fracture of shaft of 4th metacarpal bone of right hand. Patient to follow up with hand surgery within days of discharge. |

| Results of complaint directed physical exam with findings: | Authorized Services: |
|---|---|
| Right hand in ulnar gutter cast cradling 4th and 5th digit | N/A |

| Current functional ability / ADLs: | Other: |
|---|---|
| Independent | Call to schedule with hand surgery: 414-935-7521 |

MENEESE, ANDREW
1/19/2004

# ☩ wellpath
To hope and healing.

**Consult Sheet**

| | | | | |
|---|---|---|---|---|
| Appointment Date: | 12/15/2022 | | Appointment Time: | 3:00 PM |
| Patient Name: | ANDREW A MENEESE | | Authorization #: | 26437983 |
| Patient #: | 626187 | | Site: | Milwaukee County, WI |
| Social Security #: | | | Patient Type: | None |
| Date of Birth: | 1/19/2004 | | Alerts: | |
| Gender: | M | | Booking #: | |
| Interpreter Needed: | ☐ | | Interpreter Type: | |

## Consulting Physician's Report

**Significant Findings, Including Tests Done:**

S/P ORIF R 4th MC

X ray skull

**Diagnosis:**

R 4th MC Fx S/P ORIF

**Orders / Recommendations:**

Splint to be worn full-time except bathing
APAP or ibuprofen prn pain
F/u in 4 weeks

Physician Signature: _[signature]_ MC          Date: 12/15/22

Please include copy of Treatment Sheet upon release.

*Place completed form along with all other documentation in a sealed envelope and send back with the Officer.*

# wellpath

To hope and healing.

**Consult Sheet**

| | | | | |
|---|---|---|---|---|
| **Appointment Date:** | 11/23/2022 | | **Appointment Time:** | 11:00 AM |
| **Patient Name:** | ANDREW A MENEESE | | **Authorization #:** | 26189685 |
| **Patient #:** | 626187 | | **Site:** | Milwaukee County, WI |
| **Social Security #:** | | | **Patient Type:** | None |
| **Date of Birth:** | 1/19/2004 | | **Alerts:** | |
| **Gender:** | M | | **Booking #:** | |
| **Interpreter Needed:** | ☐ | | **Interpreter Type:** | |

## Consulting Physician's Report

**Significant Findings, Including Tests Done:**

(R) hand fx.

**Diagnosis:**

**Orders / Recommendations:** ORIF in Future

**Physician Signature:** _[signature]_   **Date:** 11/23/22

**Please include copy of Treatment Sheet upon release.**

*Place completed form along with all other documentation in a sealed envelope and send back with the Officer*

MENEESE, ANDREW

1/19/2004

# CONSENT FOR TREATMENT

**CCS**
CORRECT CARE
SOLUTIONS

| Patient Name | Inmate Number | Booking Number | Date of Birth | Today's Date |
|---|---|---|---|---|
| Andrew Menase· | 626187 | 7072013932 | 1/19/2004 | 2/13/2023 |

## INFORMED CONSENT

I request **Physical Therapist** _____ to perform upon me the following
procedure(s): **Physical Therapy**

_____

If during the course of the procedure(s), the discovery of unforeseen conditions requires, in the judgment of the persons described above, different procedure(s) than those planned, I authorize such different procedure(s) as are deemed appropriate.

I understand that no warranty or promise has been made to me regarding the outcome of the proposed procedure(s) or cure of any condition, and the risks presented by the proposed procedure(s) or cure of any conditions. The risks presented by the proposed procedure(s), have been explained to me by
**Physical Therapist** _____ as have been the alternatives to the procedures planned.

I consent to the administration of anesthesia and to the use of such anesthetic agents and as may other drugs be deemed necessary and advisable, and understand that anesthesia and other drugs present additional risks and hazards.

I consent to the examination and disposal of any tissues, parts, or organs which may be removed as a result of the procedure(s) authorized at above facilities.

I have been given an opportunity to ask questions about my condition, alternative forms of anesthesia and treatment, risks of non-treatment, the procedure(s) to be used, and the risks and hazards involved, and I believe that I have sufficient information to give this informed consent. I have read, or have had read to me, this form and I understand its contents.

_____ _____
Inmate                                  Date                    Witness to Signature Only              Date    Time

I have explained the matters indicated above relating to the operation and/or procedure and the risks, consequences and alternatives. The inmate appeared to understand and consented to the procedures described.

_____ 2/13/23
Physician's Signature                        Date

(R) 2nd metacarpal fx
ORIF 12/15 ??,

MENEESE, ANDREW

1/19/2004



# Aurora Health Care®

## We are ✚ ⊛AdvocateAuroraHealth

AURORA ST LUKES MEDICAL CENTER
2900 W OKLAHOMA AVE
MILWAUKEE WI 53215
414-649-6000

**Name:** Andrew Meneese    **DOB:** 1/19/2004    **Current Date:** December 2, 2022

The caregivers of Aurora Health Care would like to thank you for allowing us to assist you with your healthcare needs. The following After Visit Summary includes education materials and information on how to best care for yourself at home along with medication information after your discharge.

### YOU are the most important factor in your recovery
- Follow your instructions carefully
- Take your medications as prescribed
- Talk with your doctor/provider if you have questions or if you have problems getting or taking your medications
- Follow up with your doctor/provider as instructed
- Contact your doctor/provider for healthcare concerns

### Call 911 if you experience any of the following:
- Have pain or tightness in your chest
- Have trouble breathing
- Have dizzy spells or feel faint
- Feel anxious or if you feel like something bad will happen

We hope you leave our department/hospital believing we provided you with excellent care.

### Your Opinion Matters To Us
You may receive a survey in the mail, phone call, email or text about your experience with us. We greatly appreciate you completing the survey. We use your valuable feedback to improve the care that we deliver and your responses are very important to us.

# AFTER VISIT SUMMARY

 **Aurora Health Care®**

**Andrew Meneese** MRN: 12783378 📅 12/2/2022 📍 AHCM St Lukes Surgical Services

## Instructions

 **Your medications have changed**

➡ START taking:
**HYDROcodone-acetaminophen (NORCO)**

Review your updated medication list below.

## COVID Vaccine

We're vaccinating anyone in IL and WI who is 5 and older.
Schedule an appointment using our:

- LiveWell app or website (livewell.aah.org)
- Online tool (aah.org/vaccine)
- Hotline: 866-443-2584

## You are Allergic to:

No active allergies

## Pending Labs/Results

Any lab or diagnostic test results that are "pending" at time of discharge are listed below. If no results display then none were "pending" at time of discharge. Depending on when the test was completed results may be available within 3-5 days. Results can be reviewed with your provider at your next visit or through the LiveWell app or website (livewell.aah.org). If needed, contact the provider's office for additional information.

Your Next Steps *110/74*
*99%*

👍 Do

☐ Pick up these medications from any pharmacy with your printed prescription
- HYDROcodone-acetaminophen

*97.9*
*88*

📍 Go

 **Post-Op Visit** 3:00 PM
*DECR 15* Arrive by 2:45 PM
Sonja M Rosenthal, PA-C
Aurora Orthopedics - Greenfield, 84South 1st Floor
414-246-6900

*T3 fill Mon.*
*then Reg Tyl*
*+ 184 x 7 days*

### Patient Portal

Send messages to your doctor, view your test results, renew your prescriptions and more!
Go to livewell.aah.org, click "Sign up Now"

Or scan this QR code



and enter your personal activation code:

8NB9B-B9FT5-DR6PU
Expires: 12/12/2022 10:25 PM

# Pending Labs

| Order | Current Status |
|---|---|
| FL PACS Record NR | In process |

# What's next

**DEC 15** **Post-Op Visit with Sonja M Rosenthal, PA-C**
Thursday Dec 15, 2022 3:00 PM (Arrive by 2:45 PM)

Aurora Orthopedics -
Greenfield, 84South 1st Floor
9000 W SURA LN
GREENFIELD WI 53228-3477
414-246-6900

**Follow up with Sonja M Rosenthal, PA-C**
Thursday Dec 15, 2022
For suture removal, For wound re-check, Post-op
appointment

Aurora Health Care
9000 W SURA LN
GREENFIELD WI 53228-3477
414-246-6900

# Summary of your Discharge Medications

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **acetaminophen** 500 MG tablet<br>Commonly known as: TYLENOL<br>Take 500 mg by mouth every 6 hours as needed. Per Samantha, RN (Milw County Jail)<br>Next Dose Due: | | | | | |
| **HYDROcodone-acetaminophen** 5-325 MG per tablet<br>Commonly known as: NORCO<br>Take 1 tablet by mouth every 6 hours as needed for Pain.<br>Signed by: Sonja M Rosenthal, PA-C<br>Next Dose Due: ~~Any time—refused @ hospital~~ | | | | | |

# Where to pick up your medications



**Pick up these medications from any pharmacy with your printed prescription**

HYDROcodone-acetaminophen

# Discharge Instructions

## DR. CLARK'S DISCHARGE INSTRUCTIONS

**1)** Apply ice to surgical site.

**2)** Call physician for:
- Any signs of wound infection, fever greater than 101.1F, bleeding, separation of incision, pus like drainage, or excessive swelling.
- Any difficulty breathing, chest pain, vomiting, or inability to tolerate oral intake.
- Any pain not controlled by pain medication or anything worrisome.

**3)** Keep dressing clean and dry. Keep splint on until your postoperative appointment.

**4)** You may shower or bathe but keep incisions dry until your post-operative appointment - Cover incision with suitable plastic covering/plastic bag while showering.

**5)** Activity: non weight bearing, no active motion.

**6)** Avoid driving while taking narcotic pain medications or experiencing pain

**7)** Go to your scheduled postoperative appointment.

# Discharge Instructions (continued)

## PAIN MEDICATION

**Following this protocol has been shown to be superior to addictive opioid medications for orthopedic injuries in the acute setting.**

1. From your local pharmacy, purchase the following over-the-counter medications:
   a. Motrin/Ibuprofen 200 mg **

 

   b. Tylenol Arthritis 650 mg



2. Start by taking Motrin/Ibuprofen 200 mg in the morning and afternoon, for about 2-3 days after the injury; you can stop two days after surgery or injury stops hurting.

   *a. **We are aware some patients are unable to take NSAIDs such as ibuprofen or Advil due to other medications or health concerns. Please do not take if you were instructed by a different healthcare provider not to take this pain medication class.*

3. If your pain is severe, add Tylenol Arthritis (or any brand of acetaminophen 8-hour), every eight hours, with a maximum dose of 3000 mg per day.

   *a. The maximum amount of Tylenol is 3000 mg per day, which is the same as 4 of the 650 mg pills. Remember; don't substitute any other medication for the Tylenol: don't take Motrin, Aspirin, or any other over the counter medication. Tylenol Arthritis plus Motrin/Ibuprofen is a case of 1+1=3, not 2. That is, they work together as a team to make each other stronger. Remember as well that Tylenol Arthritis is taken every 8 hours, the Motrin/Ibuprofen is twice a day.*

# Discharge Instructions (continued)

4. If you were prescribed Norco, Vicodin, Tylenol with Codeine, or Tramadol these should be taken to assist with pain control and sleeping at night, only if needed, for the first week. You may be given a written prescription, but many patients find they do not need to take these.

**Remember that opioid pain medication can lead to addiction, respiratory sedation, and death. In 2015 over 17,500 American died from opioid overdoses and we don't want this to happen to you.**

**Due to anesthesia:**
- Don't drive or use heavy equipment for 24 hours or while taking a narcotic.
- Don't make important decisions or sign legal papers for 24 hours.
- Don't drink alcohol for 24 hours or while taking a narcotic.
- Have someone stay with you overnight.
- Eat a light diet today.
- Drink a lot of fluids today (if not restricted due to status)

## Taking Opioid Responsibly and Opioid Disposal

**What are Opioids?**
The term "opioids" refers to a certain type of medication that can be used to treat pain. However, these medications cannot take all your pain away. Opioids can help to reduce pain in some patients, but they are prescription drugs with a higher risk of serious side effects than other medications

Several different opioid medications are available. Examples include morphine, oxycodone, hydrocodone, codeine, fentanyl and tramadol

Please read this information carefully to help ensure your safety and to reduce the risk of harm to others.

**Do's and Dont's for taking opioid medications**
- **Do** take all your medications as they have been prescribed for you, **don't** take more than prescribed
- **Do** inform all your doctors that you are currently prescribed opioids
- **Do** be cautious about driving or operating machinery
- **Do** ask for help if needed from family or friends
- **Do** store your opioid medications in a safe and secure location in your home, away from children and teenagers.
- **Do** ask your pharmacist or doctor about how to safely dispose of unused opioids to decrease the chance that other people may be harmed by them
- **Don't** drink alcohol or take recreational drugs while taking opioid medications

- **Don't** break or crush your opioid medication unless your doctor or pharmacist says you can. With certain medications, this can be dangerous and may cause death.
- **Don't** sell, share, or give away your opioids even if the person appears to have a really good reason for wanting them. This is dangerous and illegal (a crime). Overdoses and deaths have occurred.

## What are possible side effects from opioids?
- Can make you feel sleepy, confused, dizzy, or weak and may cause hallucinations or bad dreams. Do not take them if you are going to drive or operate dangerous equipment. Take care when moving around and climbing stairs to prevent falling or hurting yourself
- Can cause constipation. Your provider may give you medications to help with this side effect
- Can cause you to feel nausea and vomit. Taking your opioid with food can help decrease this side effect
- Can make you feel itchy or sweaty
- Can make it hard to urinate

Tell your provider if you are experiencing any of these symptoms

**Get help right away** if you have serious side effects such as trouble breathing, very slow breathing or trouble waking up, rash, hives, swelling, chest tightness as these can be signs of an allergic reactions or too much opioids for your body

## Can opioids interact with other drugs?
Yes- so be sure to tell your providers and pharmacists all the medications you are taking. Taking opioids with other medications or alcohol can cause sedation or even trouble breathing. This includes over the counter medications like Benadryl®

Do not take more than one type of opioid prescription unless your provider tells you to do so. Taking more than prescribed may not be safe and can lead to overdose and death. Only your provider can tell you if it is safe to take more than one opioid

## What is opioid tolerance?
Opioid tolerance occurs when you need to take a higher dose of the opioid to get the same pain relief, this can increase your risk of side effects

## What is physical dependence?
Physical opioid dependence occurs when your body gets used to having opioid medications and needs it to function normally. When the medication is stopped abruptly you have signs of withdrawal.

## What is opioid addiction?

Addiction is the use of opioid medications for reasons other than why they were prescribed. While opioid tolerance and dependence are physical changes from taking opioid medications, addiction is a behavioral change. A small but significant number of patients do get addicted to opioids

## Signs of addiction include:
- Feeling a need for the opioid even when you are not in pain
- Wanting more and more of the opioid
- Refusal to take anything other than opioids for pain
- Feeling the need to lie to others about your use of opioids
- Forgery of prescriptions
- Stealing drugs
- Selling and/or buying drugs on the street
- Using the prescription drugs to feel "high" or happy
- If you have any of these signs of addiction, please contact your doctor. There are many new medications that can be used to help with opioid use disorder/addiction.

## Stopping opioid medication
Because of the risk of withdrawal symptoms, patient who have been taking opioid medications consistently for 2 weeks or more should not stop taking them suddenly
- Always contact your provider if you have questions about whether to stop taking your opioid medication, and how to do so safely
- Your provider may have you take your medication less often or decrease your dose
- Your doctor can tell you how to safely wean off the opioid medication, and whether using a non-opioid pain reliever may be helpful

## Options for disposal of opioid medication
- Call your local pharmacy or non-emergency law enforcement number. You can also look for drop off locations on the DEA Diversion Control webpage.
- You can also remove the medication from the pill container and place into something unappealing like coffee grounds or cat litter. You then blackout/scratch out the drug and personal information on the container. You can then toss in the regular trash

## Weaning off PRN (as needed) opioids:
"PRN" or "as needed" opioids are prescribed **only if you need them for pain.** Meaning if the pain is not too bad you do not take them. They are not meant to be taken on a scheduled basis. If you feel like you don't need to take your "PRN" or "as needed" opioid as often anymore, contact your provider for instructions on how to wean off these medications.

**Common instructions for weaning off pain medication are to increase the time between doses, for example going from every 4 hours to every 5-6 hours,** or decreasing how many pills you take for each dose, for example going from 2 pills to 1 pill.

Consider using a non-opioid pain reliever to help relieve your pain while you are weaning off the opioids. **Check with your doctor about which non-opioid pain reliever you should use**

## What is opioid withdrawal?

- Opioid withdrawal refers to symptoms that can occur if you suddenly top taking your opioid medications. Withdrawal symptoms are not a sign of addiction but a sign that your body has become used to taking these medications
- Signs of withdrawal include sweating, fever, shaking, vomiting, nausea, diarrhea, increased pain, trouble sleeping, anxiety or agitation. Please contact your doctor if you are having some of these symptoms

**Call 9-1-1- If you have chest pain, seizures, shortness of breath**

# AFTER VISIT SUMMARY

Aurora Health Care®

62687

**Andrew Meneese** DoB: 1/19/2004

📅 11/14/2022  📍 AHCM Sinai Emergency Services 414-219-6777

## Instructions

**Cleared for incarceration**

**Please follow-up with Hand surgery as an outpatient**

**Tylenol or Motrin for pain control**

 **Read the attached information**
Hand Fracture, Closed (Adult) (English)

 **SERVICE TO HAND SURGERY**
Expires: 11/14/2023 (requested)

## Today's Visit

You were seen by Martin R Hevesy, APNP

### Diagnoses

- In police custody
- Closed displaced fracture of shaft of fourth metacarpal bone of right hand, initial encounter

## What's Next

You currently have no upcoming appointments scheduled.

## COVID Vaccine

We're vaccinating anyone in IL and WI who is 5 and older. Schedule an appointment using our:
- LiveWell app or website (livewell.aah.org)
- Online tool (aah.org/vaccine)
- Hotline: 866-443-2584

*Nathan E Adams NP*

NOV 14 2022

Nathan E. Adams, NP

# Disclaimer

Follow-up Care: It is your responsibility to arrange for follow-up care with your healthcare provider or as instructed. Call to get an appointment time.

# What to Do with Your Medications

No changes were made to your prescriptions during this visit.

# Changes to Your Medication List

You have not been prescribed any medications.

---

# Patient Portal

Send messages to your doctor, view your test results, renew your prescriptions and more!
Go to livewell.aah.org, click "Sign up Now"

Or scan this QR code



and enter your personal activation code:

8NB9B-B9FT5-DR6PU
Expires: 12/12/2022 10:25 PM

---

## Closed Hand Fracture (Adult)

You have a fracture, or broken bone, in your hand. This may be a small crack or chip in the bone. Or it may be a major break with the broken parts pushed out of place. A closed fracture means that the broken bone has not gone through the skin. A hand fracture is often treated with a splint or cast. It usually takes 4 to 6 weeks to heal. Severe injuries may require surgery.

### Home care

- Keep your arm raised to reduce pain and swelling. When sitting or lying down, raise your arm above heart level. You can do this by placing your arm on a pillow that rests on your chest or on a pillow at your side. This is most important during the first 48 hours after injury.
- Apply an ice pack over the injured area for no more than 15 to 20 minutes. Do this every 1 to 2 hours for the first 24 to 48 hours. Continue with ice packs as needed to ease pain and swelling. To make an ice pack, put ice cubes in a plastic bag that seals at the top. Wrap the bag in a clean, thin towel or cloth. Never put ice or an ice pack directly on the skin. You can place the ice pack inside the sling and directly over the cast or splint. As the ice melts, be careful that the cast or splint doesn't get wet.
- Keep the cast or splint completely dry at all times. Bathe with your cast or splint out of the water, protected with 2 large plastic bags. Place 1 bag outside the other. Tape each bag with duct tape at the top end or use rubber bands. If a fiberglass cast or splint gets wet, dry it with a hair dryer on a cool setting.
- You may use over-the-counter pain medicine to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your provider before using these medicines.

### Follow-up care

Follow up with your healthcare provider in 1 week, or as advised. This is to be sure the bone is healing correctly. If you were given a splint, it may be changed to a cast at your follow-up visit.

If X-rays were taken, you will be told of any new findings that may affect your care.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The plaster cast or splint becomes wet or soft
- The fiberglass cast or splint stays wet for more than 24 hours
- The cast or splint has a bad smell
- The plaster cast or splint becomes loose
- There is increased tightness or pain under the cast or splint

- The fingers on your injured hand become swollen, cold, blue, numb, or tingly

StayWell last reviewed this educational content on 4/1/2018

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

# Medication Safety: What you need to know

**Maintain Security - It is important to keep all medications in a secure location:**
Keep out of the reach of children and pets

Consider using a lock box or locked filing cabinet

Place pill bottles in private area such as bedroom or drawer

**Don't Share - It is illegal to share your prescription medication, even with family:**
The doctor prescribes medications specifically for you and your body

You cannot be sure how the drug may affect others physically or emotionally

It is a criminal offense to share prescriptions

**Proper Disposal - It is no longer acceptable to flush or throw away medications:**
Recent studies show measurable amounts of medication have been found in drinking water and wildlife due to flushing or throwing away medications

Medication strength changes over time and is not typically safe after one year

Proper disposal removes the medication from your home in a safe way so that others don't have access to it. Use your local drug drop site.

Your local pharmacy can provide information on medication disposal options in your community. The Department of Justice Drug Enforcement Administration website also has information on safe medication disposal:
**www.deadiversion.usdoj.gov/drug_disposal/index.html**

(R) 5th metacarpal fx
ORIF 12/15/22.

MENEESE, ANDREW
1/19/2004



# Aurora Health Care®

We are ✚ ◎ AdvocateAuroraHealth

AURORA ST LUKES MEDICAL CENTER
2900 W OKLAHOMA AVE
MILWAUKEE WI 53215
414-649-6000

**Name:** Andrew Meneese     **DOB:** 1/19/2004     **Current Date:** December 2, 2022

The caregivers of Aurora Health Care would like to thank you for allowing us to assist you with your healthcare needs. The following After Visit Summary includes education materials and information on how to best care for yourself at home along with medication information after your discharge.

## YOU are the most important factor in your recovery

- Follow your instructions carefully
- Take your medications as prescribed
- Talk with your doctor/provider if you have questions or if you have problems getting or taking your medications
- Follow up with your doctor/provider as instructed
- Contact your doctor/provider for healthcare concerns

## Call 911 if you experience any of the following:

- Have pain or tightness in your chest
- Have trouble breathing
- Have dizzy spells or feel faint
- Feel anxious or if you feel like something bad will happen

We hope you leave our department/hospital believing we provided you with excellent care.

## Your Opinion Matters To Us

You may receive a survey in the mail, phone call, email or text about your experience with us. We greatly appreciate you completing the survey. We use your valuable feedback to improve the care that we deliver and your responses are very important to us.

# AFTER VISIT SUMMARY

 **Aurora Health Care**

**Andrew Meneese** MRN: 12783378 🗓 12/2/2022 📍 AHCM St Lukes Surgical Services

## Instructions

 **Your medications have changed**

➡ START taking:
HYDROcodone-acetaminophen (NORCO)

Review your updated medication list below.

## COVID Vaccine

We're vaccinating anyone in IL and WI who is 5 and older.
Schedule an appointment using our:

- LiveWell app or website (livewell.aah.org)
- Online tool (aah.org/vaccine)
- Hotline: 866-443-2584

## You are Allergic to:

No active allergies

## Pending Labs/Results

Any lab or diagnostic test results that are "pending" at time of discharge are listed below. If no results display then none were "pending" at time of discharge. Depending on when the test was completed results may be available within 3-5 days. Results can be reviewed with your provider at your next visit or through the LiveWell app or website (livewell.aah.org). If needed, contact the provider's office for additional information.

## Your Next Steps

*[handwritten: 110/74  99%]*

### 👍 Do

☐ Pick up these medications from any pharmacy with your printed prescription

- HYDROcodone-acetaminophen

*[handwritten: 97.9  88]*

### 📍 Go



DEC **Post-Op Visit** 3:00 PM
15   Arrive by 2:45 PM
Sonja M Rosenthal, PA-C
Aurora Orthopedics - Greenfield, 84South 1st Floor
414-246-6900

*[handwritten: T3 till Mon. then Reg Tyl + 18.9 x 7 days]*

## Patient Portal

Send messages to your doctor, view your test results, renew your prescriptions and more!
Go to livewell.aah.org, click "Sign up Now"

Or scan this QR code



and enter your personal activation code:

8NB9B-B9FT5-DR6PU
Expires: 12/12/2022 10:25 PM

# Pending Labs

| Order | Current Status |
|---|---|
| FL PACS Record NR | In process |

# What's next

**DEC 15**    **Post-Op Visit with Sonja M Rosenthal, PA-C**
Thursday Dec 15, 2022 3:00 PM (Arrive by 2:45 PM)

Aurora Orthopedics - Greenfield, 84South 1st Floor
9000 W SURA LN
GREENFIELD WI 53228-3477
414-246-6900

---

**Follow up with Sonja M Rosenthal, PA-C**
Thursday Dec 15, 2022
For suture removal, For wound re-check, Post-op appointment

Aurora Health Care
9000 W SURA LN
GREENFIELD WI 53228-3477
414-246-6900

# Summary of your Discharge Medications

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **acetaminophen** 500 MG tablet<br>Commonly known as: TYLENOL<br>Take 500 mg by mouth every 6 hours as needed. Per Samantha, RN (Milw County Jail)<br>Next Dose Due: | | | | | |
| **HYDROcodone-acetaminophen** 5-325 MG per tablet<br>Commonly known as: NORCO<br>Take 1 tablet by mouth every 6 hours as needed for Pain.<br>Signed by: Sonja M Rosenthal, PA-C<br>Next Dose Due: ~~Any time - refused @hospital~~ | | | | | |

# Where to pick up your medications



**Pick up these medications from any pharmacy with your printed prescription**

HYDROcodone-acetaminophen

# Discharge Instructions

**DR. CLARK'S DISCHARGE INSTRUCTIONS**

**1)** Apply ice to surgical site.

**2)** Call physician for:

- Any signs of wound infection, fever greater than 101.1F, bleeding, separation of incision, pus like drainage, or excessive swelling.

- Any difficulty breathing, chest pain, vomiting, or inability to tolerate oral intake.

- Any pain not controlled by pain medication or anything worrisome.

**3)** Keep dressing clean and dry. Keep splint on until your postoperative appointment.

**4)** You may shower or bathe but keep incisions dry until your post-operative appointment - Cover incision with suitable plastic covering/plastic bag while showering.

**5)** Activity: non weight bearing, no active motion.

**6)** Avoid driving while taking narcotic pain medications or experiencing pain

**7)** Go to your scheduled postoperative appointment.

# Discharge Instructions (continued)

## <u>PAIN MEDICATION</u>

**Following this protocol has been shown to be superior to addictive opioid medications for orthopedic injuries in the acute setting.**

1. From your local pharmacy, purchase the following over-the-counter medications:
    a. Motrin/Ibuprofen 200 mg **

 

    b. Tylenol Arthritis 650 mg



2. Start by taking Motrin/Ibuprofen 200 mg in the morning and afternoon, for about 2-3 days after the injury; you can stop two days after surgery or injury stops hurting.
    *a. **We are aware some patients are unable to take NSAIDs such as ibuprofen or Advil due to other medications or health concerns. Please do not take if you were instructed by a different healthcare provider not to take this pain medication class.*

3. If your pain is severe, add Tylenol Arthritis (or any brand of acetaminophen 8-hour), every eight hours, with a maximum dose of 3000 mg per day.
    *a. The maximum amount of Tylenol is 3000 mg per day, which is the same as 4 of the 650 mg pills. Remember; don't substitute any other medication for the Tylenol: don't take Motrin, Aspirin, or any other over the counter medication. Tylenol Arthritis plus Motrin/Ibuprofen is a case of 1+1=3, not 2. That is, they work together as a team to make each other stronger. Remember as well that Tylenol Arthritis is taken every 8 hours, the Motrin/Ibuprofen is twice a day.*

# Discharge Instructions (continued)

4. If you were prescribed Norco, Vicodin, Tylenol with Codeine, or Tramadol these should be taken to assist with pain control and sleeping at night, only if needed, for the first week. You may be given a written prescription, but many patients find they do not need to take these.

**Remember that opioid pain medication can lead to addiction, respiratory sedation, and death. In 2015 over 17,500 American died from opioid overdoses and we don't want this to happen to you.**

**Due to anesthesia:**
- Don't drive or use heavy equipment for 24 hours or while taking a narcotic.
- Don't make important decisions or sign legal papers for 24 hours.
- Don't drink alcohol for 24 hours or while taking a narcotic.
- Have someone stay with you overnight.
- Eat a light diet today.
- Drink a lot of fluids today (if not restricted due to status)

**Taking Opioid Responsibly and Opioid Disposal**

**What are Opioids?**
The term "opioids" refers to a certain type of medication that can be used to treat pain. However, these medications cannot take all your pain away. Opioids can help to reduce pain in some patients, but they are prescription drugs with a higher risk of serious side effects than other medications

Several different opioid medications are available. Examples include morphine, oxycodone, hydrocodone, codeine, fentanyl and tramadol

Please read this information carefully to help ensure your safety and to reduce the risk of harm to others.

**Do's and Dont's for taking opioid medications**
- **Do** take all your medications as they have been prescribed for you, **don't** take more than prescribed
- **Do** inform all your doctors that you are currently prescribed opioids
- **Do** be cautious about driving or operating machinery
- **Do** ask for help if needed from family or friends
- **Do** store your opioid medications in a safe and secure location in your home, away from children and teenagers.
- **Do** ask your pharmacist or doctor about how to safely dispose of unused opioids to decrease the chance that other people may be harmed by them
- **Don't** drink alcohol or take recreational drugs while taking opioid medications

- **Don't** break or crush your opioid medication unless your doctor or pharmacist says you can. With certain medications, this can be dangerous and may cause death.
- **Don't** sell, share, or give away your opioids even if the person appears to have a really good reason for wanting them. This is dangerous and illegal (a crime). Overdoses and deaths have occurred.

## What are possible side effects from opioids?
- Can make you feel sleepy, confused, dizzy, or weak and may cause hallucinations or bad dreams. Do not take them if you are going to drive or operate dangerous equipment. Take care when moving around and climbing stairs to prevent falling or hurting yourself
- Can cause constipation. Your provider may give you medications to help with this side effect
- Can cause you to feel nausea and vomit. Taking your opioid with food can help decrease this side effect
- Can make you feel itchy or sweaty
- Can make it hard to urinate

Tell your provider if you are experiencing any of these symptoms

**Get help right away** if you have serious side effects such as trouble breathing, very slow breathing or trouble waking up, rash, hives, swelling, chest tightness as these can be signs of an allergic reactions or too much opioids for your body

## Can opioids interact with other drugs?
Yes- so be sure to tell your providers and pharmacists all the medications you are taking. Taking opioids with other medications or alcohol can cause sedation or even trouble breathing. This includes over the counter medications like Benadryl®

Do not take more than one type of opioid prescription unless your provider tells you to do so. Taking more than prescribed may not be safe and can lead to overdose and death. Only your provider can tell you if it is safe to take more than one opioid

## What is opioid tolerance?
Opioid tolerance occurs when you need to take a higher dose of the opioid to get the same pain relief, this can increase your risk of side effects

## What is physical dependence?
Physical opioid dependence occurs when your body gets used to having opioid medications and needs it to function normally. When the medication is stopped abruptly you have signs of withdrawal.

## What is opioid addiction?

Addiction is the use of opioid medications for reasons other than why they were prescribed. While opioid tolerance and dependence are physical changes from taking opioid medications, addiction is a behavioral change. A small but significant number of patients do get addicted to opioids

**Signs of addiction include:**
- Feeling a need for the opioid even when you are not in pain
- Wanting more and more of the opioid
- Refusal to take anything other than opioids for pain
- Feeling the need to lie to others about your use of opioids
- Forgery of prescriptions
- Stealing drugs
- Selling and/or buying drugs on the street
- Using the prescription drugs to feel "high" or happy
- If you have any of these signs of addiction, please contact your doctor. There are many new medications that can be used to help with opioid use disorder/addiction.

**Stopping opioid medication**
Because of the risk of withdrawal symptoms, patient who have been taking opioid medications consistently for 2 weeks or more should not stop taking them suddenly
- Always contact your provider if you have questions about whether to stop taking your opioid medication, and how to do so safely
- Your provider may have you take your medication less often or decrease your dose
- Your doctor can tell you how to safely wean off the opioid medication, and whether using a non-opioid pain reliever may be helpful

**Options for disposal of opioid medication**
- Call your local pharmacy or non-emergency law enforcement number. You can also look for drop off locations on the DEA Diversion Control webpage.
- You can also remove the medication from the pill container and place into something unappealing like coffee grounds or cat litter. You then blackout/scratch out the drug and personal information on the container. You can then toss in the regular trash

**Weaning off PRN (as needed) opioids:**
"PRN" or "as needed" opioids are prescribed **only if you need them for pain.** Meaning if the pain is not too bad you do not take them. They are not meant to be taken on a scheduled basis. If you feel like you don't need to take your "PRN" or "as needed" opioid as often anymore, contact your provider for instructions on how to wean off these medications.

**Common instructions for weaning off pain medication are to increase the time between doses, for example going from every 4 hours to every 5-6 hours**, or decreasing how many pills you take for each dose, for example going from 2 pills to 1 pill.

Consider using a non-opioid pain reliever to help relieve your pain while you are weaning off the opioids. **Check with your doctor about which non-opioid pain reliever you should use**

## What is opioid withdrawal?

- Opioid withdrawal refers to symptoms that can occur if you suddenly top taking your opioid medications. Withdrawal symptoms are not a sign of addiction but a sign that your body has become used to taking these medications
- Signs of withdrawal include sweating, fever, shaking, vomiting, nausea, diarrhea, increased pain, trouble sleeping, anxiety or agitation. Please contact your doctor if you are having some of these symptoms

**Call 9-1-1- If you have chest pain, seizures, shortness of breath**

# AFTER VISIT SUMMARY


Aurora Health Care®

620187

**Andrew Meneese**  DoB: 1/19/2004

📅 11/14/2022  📍 AHCM Sinai Emergency Services 414-219-6777

## Instructions

**Cleared for incarceration**

**Please follow-up with Hand surgery as an outpatient**

**Tylenol or Motrin for pain control**

 **Read the attached information**
Hand Fracture, Closed (Adult) (English)

 **SERVICE TO HAND SURGERY**
Expires: 11/14/2023 (requested)

## Today's Visit

You were seen by Martin R Hevesy, APNP

### Diagnoses

- In police custody
- Closed displaced fracture of shaft of fourth metacarpal bone of right hand, initial encounter

## What's Next

You currently have no upcoming appointments scheduled.

## COVID Vaccine

We're vaccinating anyone in IL and WI who is 5 and older. Schedule an appointment using our:

- LiveWell app or website (livewell.aah.org)
- Online tool (aah.org/vaccine)
- Hotline: 866-443-2584

*Nathan E. Adams, NP*

NOV 1 4 2022

Nathan E. Adams, NP

# Disclaimer

Follow-up Care: It is your responsibility to arrange for follow-up care with your healthcare provider or as instructed. Call to get an appointment time.

# What to Do with Your Medications

No changes were made to your prescriptions during this visit.

# Changes to Your Medication List

You have not been prescribed any medications.

---

# Patient Portal

Send messages to your doctor, view your test results, renew your prescriptions and more!
Go to livewell.aah.org, click "Sign up Now"

Or scan this QR code



and enter your personal activation code:

8NB9B-B9FT5-DR6PU
Expires: 12/12/2022 10:25 PM

---

## Closed Hand Fracture (Adult)

You have a fracture, or broken bone, in your hand. This may be a small crack or chip in the bone. Or it may be a major break with the broken parts pushed out of place. A closed fracture means that the broken bone has not gone through the skin. A hand fracture is often treated with a splint or cast. It usually takes 4 to 6 weeks to heal. Severe injuries may require surgery.

### Home care

- Keep your arm raised to reduce pain and swelling. When sitting or lying down, raise your arm above heart level. You can do this by placing your arm on a pillow that rests on your chest or on a pillow at your side. This is most important during the first 48 hours after injury.
- Apply an ice pack over the injured area for no more than 15 to 20 minutes. Do this every 1 to 2 hours for the first 24 to 48 hours. Continue with ice packs as needed to ease pain and swelling. To make an ice pack, put ice cubes in a plastic bag that seals at the top. Wrap the bag in a clean, thin towel or cloth. Never put ice or an ice pack directly on the skin. You can place the ice pack inside the sling and directly over the cast or splint. As the ice melts, be careful that the cast or splint doesn't get wet.
- Keep the cast or splint completely dry at all times. Bathe with your cast or splint out of the water, protected with 2 large plastic bags. Place 1 bag outside the other. Tape each bag with duct tape at the top end or use rubber bands. If a fiberglass cast or splint gets wet, dry it with a hair dryer on a cool setting.
- You may use over-the-counter pain medicine to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your provider before using these medicines.

### Follow-up care

Follow up with your healthcare provider in 1 week, or as advised. This is to be sure the bone is healing correctly. If you were given a splint, it may be changed to a cast at your follow-up visit.

If X-rays were taken, you will be told of any new findings that may affect your care.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The plaster cast or splint becomes wet or soft
- The fiberglass cast or splint stays wet for more than 24 hours
- The cast or splint has a bad smell
- The plaster cast or splint becomes loose
- There is increased tightness or pain under the cast or splint

- The fingers on your injured hand become swollen, cold, blue, numb, or tingly

StayWell last reviewed this educational content on 4/1/2018

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

# Medication Safety: What you need to know

**Maintain Security - It is important to keep all medications in a secure location:**

Keep out of the reach of children and pets

Consider using a lock box or locked filing cabinet

Place pill bottles in private area such as bedroom or drawer

**Don't Share - It is illegal to share your prescription medication, even with family:**

The doctor prescribes medications specifically for you and your body

You cannot be sure how the drug may affect others physically or emotionally

It is a criminal offense to share prescriptions

**Proper Disposal - It is no longer acceptable to flush or throw away medications:**

Recent studies show measurable amounts of medication have been found in drinking water and wildlife due to flushing or throwing away medications

Medication strength changes over time and is not typically safe after one year

Proper disposal removes the medication from your home in a safe way so that others don't have access to it. Use your local drug drop site.

Your local pharmacy can provide information on medication disposal options in your community. The Department of Justice Drug Enforcement Administration website also has information on safe medication disposal:
**www.deadiversion.usdoj.gov/drug_disposal/index.html**

Call your healthcare provider right away if any of these occur:

- The cast or splint becomes wet or soft
- The cast becomes loose
- There is increased tightness or pain under the cast or splint
- Your fingers become swollen, cold, blue, numb, or tingly
- The splint or cast has a bad smell, or wound drainage stains the cast
- You have signs of infection: Fever, redness, warmth, swelling, or drainage from the wound
- You have a fever of 100.4°F (38°C), or as directed by your provider
- You have chills

**StayWell last reviewed this educational content on** 4/1/2018

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

# Medication Safety: What you need to know

**Maintain Security - It is important to keep all medications in a secure location:**
Keep out of the reach of children and pets

Consider using a lock box or locked filing cabinet

Place pill bottles in private area such as bedroom or drawer

**Don't Share - It is illegal to share your prescription medication, even with family:**
The doctor prescribes medications specifically for you and your body

You cannot be sure how the drug may affect others physically or emotionally

It is a criminal offense to share prescriptions

**Proper Disposal - It is no longer acceptable to flush or throw away medications:**
Recent studies show measurable amounts of medication have been found in drinking water and wildlife due to flushing or throwing away medications

Medication strength changes over time and is not typically safe after one year

# Medication Safety: What you need to know (continued)

Proper disposal removes the medication from your home in a safe way so that others don't have access to it. Use your local drug drop site.

Your local pharmacy can provide information on medication disposal options in your community. The Department of Justice Drug Enforcement Administration website also has information on safe medication disposal:
**www.deadiversion.usdoj.gov/drug_disposal/index.html**

## Aurora Health Care©
### AHCM Sinai Emergency Services
### 945 N 12TH ST
### MILWAUKEE WI 53233
### Phone: 414-219-6777

**Name:** Andrew Meneese   **DOB:** 1/19/2004   **Current Date:** November 14, 2022

The staff of Aurora Health Care would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information on how best to care for your illness/injury at home and when to see a physician. If you need to locate a Doctor or clinic close to you, please call the Doctor Referral Service at 1-888-863-5502. The Service is available Monday through Thursday from 8 AM to 8 PM and Fridays from 8 AM to 4 PM.

*Patients Please Note: If further time off is required, or a medical clearance to return to work is required, it must be obtained through your primary physician. Return to work clearances and extensions of "Time-Off" will not be given by the Emergency Department.*

We hope that you leave our Emergency Department believing that we provided you with very good care.

### Your Opinion Matters To Us

You may receive a survey phone call, email or text about your experience with us. We greatly appreciate you completing the survey. We use your valuable feedback to improve the care that we deliver and your responses are very important to us.

*Nathan E Adams, NP*

NOV 14 2022

Nathan E. Adams, NP

# AFTER VISIT SUMMARY




626187
**Aurora Health Care**

**Andrew Meneese**  DoB: 1/19/2004

📅 11/12/2022  ♀ AHCM Sinai Emergency Services 414-219-6777

## Instructions

### Jail Clearance

You have been evaluated today for any illness or injury that may require special attention while you are in jail. It appears that your condition is stable at this time. You have been medically cleared for jail.

Follow any special advice given regarding the care of any illness or injury present.

Notify jail personnel if there is any worsening of your symptoms or if new symptoms appear.

When you are released from jail, follow up with your own medical doctor or the clinic that you have been referred to. If you do not know where to go after you are released, contact us for referral information.

### Read the attached information

1. Hand Fracture, Closed (Adult) (English)
2. Splint Care, Fiberglass (English)

### SERVICE TO HAND SURGERY

Expires: 11/13/2023 (requested)
Patient is in police custody to likely transfer to county. Will not have personal phone access. MPD asks to call 414-935-7521 to schedule follow-up before he is transferred to county within the next few days.

## Today's Visit

You were seen by Robert E Dean, PA-C

### Diagnosis

Closed displaced fracture of shaft of fourth metacarpal bone of right hand, initial encounter

### 🔲 Imaging Tests

XR Hand 3+ View Right performed 2 times

### ⊗ Medications Given

HYDROmorphone (DILAUDID) Last given at 11:18 PM

ibuprofen (MOTRIN) Last given at 11:18 PM

### 💟 Blood Pressure
144/91

### 🌡 Temperature (Oral)
98.4 °F

### 💟 Pulse
70

### Respiration
16

### Oxygen Saturation
97%

NOV 14 2022

Nathan E. Adams, NP

# Instructions (continued)



### Go to AHCM Sinai Emergency Services
Why: As needed, If symptoms worsen
Specialty: Emergency Medicine
Contact: 945 N 12th St
Milwaukee Wisconsin 53233
414-219-6777



### Schedule an appointment with Andrew D Navarrete, MD as soon as possible for a visit
Specialty: Plastic Surgery
Contact: 2801 W KINNICKINNIC RVR PKWY
STE 575
Milwaukee WI 53215
414-649-3240

## What's Next
You currently have no upcoming appointments scheduled.

## COVID Vaccine
We're vaccinating anyone in IL and WI who is 5 and older. Schedule an appointment using our:
- LiveWell app or website (livewell.aah.org)
- Online tool (aah.org/vaccine)
- Hotline: 866-443-2584

## Disclaimer
Follow-up Care: It is your responsibility to arrange for follow-up care with your healthcare provider or as instructed. Call to get an appointment time.

## What to Do with Your Medications
No changes were made to your prescriptions during this visit.

## Changes to Your Medication List
You have not been prescribed any medications.

# Patient Portal

Send messages to your doctor, view your test results, renew your prescriptions and more!
Go to <u>livewell.aah.org</u>, click "Sign up Now"

Or scan this QR code



and enter your personal activation code:

8NB9B-B9FT5-DR6PU
Expires: 12/12/2022 10:25 PM

## Closed Hand Fracture (Adult)

You have a fracture, or broken bone, in your hand. This may be a small crack or chip in the bone. Or it may be a major break with the broken parts pushed out of place. A closed fracture means that the broken bone has not gone through the skin. A hand fracture is often treated with a splint or cast. It usually takes 4 to 6 weeks to heal. Severe injuries may require surgery.

### Home care

- Keep your arm raised to reduce pain and swelling. When sitting or lying down, raise your arm above heart level. You can do this by placing your arm on a pillow that rests on your chest or on a pillow at your side. This is most important during the first 48 hours after injury.
- Apply an ice pack over the injured area for no more than 15 to 20 minutes. Do this every 1 to 2 hours for the first 24 to 48 hours. Continue with ice packs as needed to ease pain and swelling. To make an ice pack, put ice cubes in a plastic bag that seals at the top. Wrap the bag in a clean, thin towel or cloth. Never put ice or an ice pack directly on the skin. You can place the ice pack inside the sling and directly over the cast or splint. As the ice melts, be careful that the cast or splint doesn't get wet.
- Keep the cast or splint completely dry at all times. Bathe with your cast or splint out of the water, protected with 2 large plastic bags. Place 1 bag outside the other. Tape each bag with duct tape at the top end or use rubber bands. If a fiberglass cast or splint gets wet, dry it with a hair dryer on a cool setting.
- You may use over-the-counter pain medicine to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your provider before using these medicines.

### Follow-up care

Follow up with your healthcare provider in 1 week, or as advised. This is to be sure the bone is healing correctly. If you were given a splint, it may be changed to a cast at your follow-up visit.

If X-rays were taken, you will be told of any new findings that may affect your care.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The plaster cast or splint becomes wet or soft
- The fiberglass cast or splint stays wet for more than 24 hours
- The cast or splint has a bad smell
- The plaster cast or splint becomes loose
- There is increased tightness or pain under the cast or splint

- The fingers on your injured hand become swollen, cold, blue, numb, or tingly

**StayWell last reviewed this educational content on 4/1/2018**

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

## Fiberglass Splint Care



Follow these guidelines when caring for your splint:

- It will take up to 2 hours for your fiberglass splint to fully harden. Don't put any pressure on it during that time or it may break.
- To prevent swelling under the splint, do this for the first 2 days (48 hours):
    - For a splint on your arm, keep it in a sling or raised to shoulder level when you are sitting or standing. Rest it on your chest or on a pillow at your side when you are lying down.
    - For a splint on your foot, keep it propped up above the level of your heart when sitting or lying. Avoid crutch walking as much as possible during this time.
- Keep the splint or cast dry at all times. Bathe with your splint or cast well out of the water. Protect it with a large plastic bag, rubber-banded or taped at the top end. If a fiberglass cast or splint gets wet, you can dry it with a hair dryer on the cool setting.
- Put an ice pack on the injured area. Do this for 20 minutes every 1 to 2 hours the first day for pain relief. You can make an ice pack by wrapping a plastic bag of ice cubes in a thin towel. As the ice melts, be careful that the splint doesn't get wet. Continue using the ice pack 3 to 4 times a day for the next 2 days. Then use the ice pack as needed to ease pain and swelling.
- Your healthcare provider may prescribe medicines for pain or swelling. Follow your provider's instructions for taking these medicines. If no pain medicine was prescribed, you may use acetaminophen or ibuprofen to control pain. If you have chronic liver or kidney disease, talk with your healthcare provider before using these medicines. Also talk with your provider if you've had a stomach ulcer or gastrointestinal bleeding.
- Don't stick anything inside the splint such as a coat hanger. Don't apply any powders or creams. If itching continues, call your provider.
- Look at the skin near the cast regularly. If skin becomes red or raw, call your provider.

## Follow-up care

Follow up with your healthcare provider, or as advised.

## When to seek medical advice

Call your healthcare provider right away if any of these occur:

- Bad odor from the splint or wound fluid stains the splint
- The splint cracks or stays wet for more than 24 hours
- Tightness or pressure under the splint gets worse
- Fingers or toes become swollen, cold, blue, numb, or tingly
- You can't move your fingers or toes
- Pain under the splint gets worse
- The skin around the splint becomes red, irritated, or swollen
- Fever of more than 100.4°F (38°C) or higher, or as advised
- Chills

**StayWell last reviewed this educational content on 2/1/2020**

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

# Medication Safety: What you need to know

**Maintain Security - It is important to keep all medications in a secure location:**

Keep out of the reach of children and pets

Consider using a lock box or locked filing cabinet

Place pill bottles in private area such as bedroom or drawer

**Don't Share - It is illegal to share your prescription medication, even with family:**

The doctor prescribes medications specifically for you and your body

You cannot be sure how the drug may affect others physically or emotionally

It is a criminal offense to share prescriptions

**Proper Disposal - It is no longer acceptable to flush or throw away medications:**

Recent studies show measurable amounts of medication have been found in drinking water and wildlife due to flushing or throwing away medications

Medication strength changes over time and is not typically safe after one year

# Medication Safety: What you need to know (continued)

Proper disposal removes the medication from your home in a safe way so that others don't have access to it. Use your local drug drop site.

Your local pharmacy can provide information on medication disposal options in your community. The Department of Justice Drug Enforcement Administration website also has information on safe medication disposal:

**www.deadiversion.usdoj.gov/drug_disposal/index.html**

## Aurora Health Care©

### AHCM Sinai Emergency Services

945 N 12TH ST

MILWAUKEE WI 53233

Phone: 414-219-6777

**Name:** Andrew Meneese   **DOB:** 1/19/2004   **Current Date:** November 13, 2022

The staff of Aurora Health Care would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information on how best to care for your illness/injury at home and when to see a physician. If you need to locate a Doctor or clinic close to you, please call the Doctor Referral Service at 1-888-863-5502. The Service is available Monday through Thursday from 8 AM to 8 PM and Fridays from 8 AM to 4 PM.

*Patients Please Note: If further time off is required, or a medical clearance to return to work is required, it must be obtained through your primary physician. Return to work clearances and extensions of "Time-Off" will not be given by the Emergency Department.*

We hope that you leave our Emergency Department believing that we provided you with very good care.

**Your Opinion Matters To Us**

You may receive a survey phone call, email or text about your experience with us. We greatly appreciate you completing the survey. We use your valuable feedback to improve the care that we deliver and your responses are very important to us.

Nathan E. Adams

NOV 14 2022

Nathan E. Adams

# AFTER VISIT SUMMARY

⑀ *Aurora Health Care®*

*u2c187*

**Andrew Meneese**  DoB: 1/19/2004

📅 11/13/2022   📍 AHCM Sinai Emergency Services 414-219-6777

## Instructions



**Read the attached information**
Hand Fracture, Closed (Adult) (English)



**Follow up with AHCM Sinai Emergency Services**
Why: As needed, If symptoms worsen
Specialty: Emergency Medicine
Contact: 945 N 12th St
         Milwaukee Wisconsin 53233
         414-219-6777



**Schedule an appointment with Andrew D. Navarrete, MD as soon as possible for a visit**
Specialty: Plastic Surgery
Contact: 2801 W KINNICKINNIC RVR PKWY
         STE 575
         Milwaukee WI 53215
         414-649-3240

## Today's Visit

You were seen by Melissa D Brenner, PA-C

### Diagnosis

Closed displaced fracture of fourth metacarpal bone of right hand, unspecified portion of metacarpal, sequela

- The fingers on your injured hand become swollen, cold, blue, numb, or tingly

**StayWell last reviewed this educational content on** 4/1/2018

© 2000-2021 The StayWell Company, LLC. All rights reserved. This information is not intended as a substitute for professional medical care. Always follow your healthcare professional's instructions.

# Medication Safety: What you need to know

**Maintain Security - It is important to keep all medications in a secure location:**

Keep out of the reach of children and pets

Consider using a lock box or locked filing cabinet

Place pill bottles in private area such as bedroom or drawer

**Don't Share - It is illegal to share your prescription medication, even with family:**

The doctor prescribes medications specifically for you and your body

You cannot be sure how the drug may affect others physically or emotionally

It is a criminal offense to share prescriptions

**Proper Disposal - It is no longer acceptable to flush or throw away medications:**

Recent studies show measurable amounts of medication have been found in drinking water and wildlife due to flushing or throwing away medications

Medication strength changes over time and is not typically safe after one year

Proper disposal removes the medication from your home in a safe way so that others don't have access to it. Use your local drug drop site.

Your local pharmacy can provide information on medication disposal options in your community. The Department of Justice Drug Enforcement Administration website also has information on safe medication disposal:

**www.deadiversion.usdoj.gov/drug_disposal/index.html**

## Today's Visit (continued)

### ⊞ Done Today
Ulnar Gutter Splint

---

| | | |
|---|---|---|
| Blood Pressure 124/80 | BMI 20.09 | Weight 140 lb |
| Height 5' 10" | Temperature 98 °F | Pulse 71 |
| Respiration 16 | Oxygen Saturation 99% | BSA 1.79 m² |

## What's Next
You currently have no upcoming appointments scheduled.

## COVID Vaccine
We're vaccinating anyone in IL and WI who is 5 and older. Schedule an appointment using our:
- LiveWell app or website (livewell.aah.org)
- Online tool (aah.org/vaccine)
- Hotline: 866-443-2584

## Disclaimer
Follow-up Care: It is your responsibility to arrange for follow-up care with your healthcare provider or as instructed. Call to get an appointment time.

## What to Do with Your Medications
No changes were made to your prescriptions during this visit.

## Changes to Your Medication List
You have not been prescribed any medications.

# Patient Portal

Send messages to your doctor, view your test results, renew your prescriptions and more!
Go to livewell.aah.org, click "Sign up Now"

Or scan this QR code



and enter your personal activation code:

8NB9B-B9FT5-DR6PU
Expires: 12/12/2022 10:25 PM

## Closed Hand Fracture (Adult)

You have a fracture, or broken bone, in your hand. This may be a small crack or chip in the bone. Or it may be a major break with the broken parts pushed out of place. A closed fracture means that the broken bone has not gone through the skin. A hand fracture is often treated with a splint or cast. It usually takes 4 to 6 weeks to heal. Severe injuries may require surgery.

### Home care

- Keep your arm raised to reduce pain and swelling. When sitting or lying down, raise your arm above heart level. You can do this by placing your arm on a pillow that rests on your chest or on a pillow at your side. This is most important during the first 48 hours after injury.
- Apply an ice pack over the injured area for no more than 15 to 20 minutes. Do this every 1 to 2 hours for the first 24 to 48 hours. Continue with ice packs as needed to ease pain and swelling. To make an ice pack, put ice cubes in a plastic bag that seals at the top. Wrap the bag in a clean, thin towel or cloth. Never put ice or an ice pack directly on the skin. You can place the ice pack inside the sling and directly over the cast or splint. As the ice melts, be careful that the cast or splint doesn't get wet.
- Keep the cast or splint completely dry at all times. Bathe with your cast or splint out of the water, protected with 2 large plastic bags. Place 1 bag outside the other. Tape each bag with duct tape at the top end or use rubber bands. If a fiberglass cast or splint gets wet, dry it with a hair dryer on a cool setting.
- You may use over-the-counter pain medicine to control pain, unless another pain medicine was prescribed. If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your provider before using these medicines.

### Follow-up care

Follow up with your healthcare provider in 1 week, or as advised. This is to be sure the bone is correctly. If you were given a splint, it may be changed to a cast at your follow-up visit.

If X-rays were taken, you will be told of any new findings that may affect your care.

### When to seek medical advice

Call your healthcare provider right away if any of these occur:

- The plaster cast or splint becomes wet or soft
- The fiberglass cast or splint stays wet for more than 24 hours
- The cast or splint has a bad smell
- The plaster cast or splint becomes loose
- There is increased tightness or pain under the cast or splint

## Aurora Health Care©

AHCM Sinai Emergency Services

945 N 12TH ST

MILWAUKEE WI 53233

Phone: 414-219-6777

**Name:** Andrew Meneese    **DOB:** 1/19/2004    **Current Date:** November 13, 2022

The staff of Aurora Health Care would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information on how best to care for your illness/injury at home and when to see a physician. If you need to locate a Doctor or clinic close to you, please call the Doctor Referral Service at 1-888-863-5502. The Service is available Monday through Thursday from 8 AM to 8 PM and Fridays from 8 AM to 4 PM.

*Patients Please Note: If further time off is required, or a medical clearance to return to work is required, it must be obtained through your primary physician. Return to work clearances and extensions of "Time-Off" will not be given by the Emergency Department.*

We hope that you leave our Emergency Department believing that we provided you with very good care.

### Your Opinion Matters To Us

You may receive a survey phone call, email or text about your experience with us. We greatly appreciate you completing the survey. We use your valuable feedback to improve the care that we deliver and your responses are very important to us.

NOV 1 4 2022

Nathan E. Adams, NP

# AFTER VISIT SUMMARY

 **Aurora Health Care®**

*4 26187*

**Andrew Meneese**  DoB: 1/19/2004

📅 11/13/2022  📍 AHCM Sinai Emergency Services 414-219-6777

## Instructions

📎 **Read the attached information**
Fracture, Boxer (English)

## What's Next

You currently have no upcoming appointments scheduled.

## COVID Vaccine

We're vaccinating anyone in IL and WI who is 5 and older.
Schedule an appointment using our:
- LiveWell app or website (livewell.aah.org)
- Online tool (aah.org/vaccine)
- Hotline: 866-443-2584

## Disclaimer

Follow-up Care: It is your responsibility to arrange for
follow-up care with your healthcare provider or as
instructed. Call to get an appointment time.

## What to Do with Your Medications

No changes were made to your prescriptions during this
visit.

*Nathan E Adams NP*

NOV 14 2022

Nathan E. Adams, NP

## Today's Visit

You were seen by Anne M
Johnson, MD

**Diagnoses**
- Encounter for medication
  administration
- Medical clearance for
  incarceration

 Blood Pressure
137/90

 BMI
23.40

Weight
163 lb 1.6 oz

 Height
5' 10"

Temperature (Oral)
97.9 °F

 Pulse
50

Respiration
18

Oxygen Saturation
100%

 BSA
1.91 m²

# Changes to Your Medication List
You have not been prescribed any medications.

---

## Patient Portal

Send messages to your doctor, view your test results, renew your prescriptions and more!
Go to livewell.aah.org, click "Sign up Now"

Or scan this QR code



and enter your personal activation code:

8NB9B-B9FT5-DR6PU
Expires: 12/12/2022 10:25 PM

---

## Boxer Fracture

You have a fracture, or break, of one of the bones in your hand. This causes pain, swelling, and sometimes bruising. This injury is treated with a splint or cast. It takes about 4 to 6 weeks to heal. Surgery may be needed for severe injuries.

If there are wounds near the fractured joint from hitting someone in the mouth, antibiotics may be needed to prevent an infection. After the bone has healed, it is common for one knuckle to be slightly lower than the others, even if the bone was set. This may be seen only when you make a fist. It usually won't affect hand function.

### Home care

- Keep your arm raised to reduce pain and swelling. When sitting or lying down, raise your arm above the level of your heart. You can do this by placing your arm on a pillow that rests on your chest or on a pillow at your side. This is most important during the first 48 hours after injury.
- Apply an ice pack over the injured area for no more than 20 minutes. Do this every 3 to 6 hours for the first 24 to 48 hours. To make an ice pack, put ice cubes in a plastic bag that seals at the top. Wrap the bag in a clean, thin towel or cloth. Never put ice or an ice pack directly on the skin. You can place the ice pack inside the sling and directly over the splint or cast. As the ice melts, be careful that the cast or splint doesn't get wet.
- Keep the cast or splint dry at all times. Bathe with your cast or splint out of the water, protected with 2 large plastic bags. Place 1 bag around the other. Tape each bag with duct tape at the top end or use rubber bands. Even when the cast or splint is covered, water can leak in. So it's best to keep the cast or splint away from water. If a fiberglass cast or splint gets wet, you can dry it with a hair dryer on a cool setting.
- You may use over-the-counter pain medicine to control pain, unless another pain medicine was prescribed. Talk with your provider before using these medicines if you have chronic liver or kidney disease, or ever had a stomach ulcer or GI (gastrointestinal) bleeding.
- If you cut, punctured, or scraped your hand during this injury, there is a risk of infection. Watch for signs of infection listed below. Finish any antibiotics prescribed.

### Follow-up care

Follow up with your healthcare provider within 1 week, or as advised. This is to be sure the bone is healing as it should.

If X-rays were taken, you will be told of any new findings that may affect your care.

### When to seek medical advice

**Aurora Health Care©**

AHCM Sinai Emergency Services

945 N 12TH ST

MILWAUKEE WI 53233

Phone: 414-219-6777

**Name:** Andrew Meneese   **DOB:** 1/19/2004   **Current Date:** November 13, 2022

The staff of Aurora Health Care would like to thank you for allowing us to assist you with your healthcare needs. The following includes patient education materials and information on how best to care for your illness/injury at home and when to see a physician. If you need to locate a Doctor or clinic close to you, please call the Doctor Referral Service at 1-888-863-5502. The Service is available Monday through Thursday from 8 AM to 8 PM and Fridays from 8 AM to 4 PM.

*Patients Please Note: If further time off is required, or a medical clearance to return to work is required, it must be obtained through your primary physician.  Return to work clearances and extensions of "Time-Off" will not be given by the Emergency Department.*

We hope that you leave our Emergency Department believing that we provided you with very good care.

### Your Opinion Matters To Us

You may receive a survey phone call, email or text about your experience with us. We greatly appreciate you completing the survey. We use your valuable feedback to improve the care that we deliver and your responses are very important to us.

NOV 14 2022

MENEESE, ANDREW

1/19/2004

Milwaukee County, WI
*Milwaukee County Jail*
*949 N. 9th Street*
*Milwaukee , WI53233*

# Physical Therapy - Discharge Planning



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 4/25/2023 |

## Subjective

Pain

 *pt denied pain at R hand*

Location

 *R 4th MCP bone*

Fall

 *n/a*

## Objective

ROM

 *WFL*

MMT

 *4/5,*

Girth

 *n/a*

Palpitation

 *n/a*

Neuro

 *n/a*

Gait

 *n/a*

Special Test

 *n/a*

Other (specify)

 *n/a*

## Device

 *n/a*

## Assessment

 *Pt has regain PLOF, ROM/MMT for R hand WFL, no further PT indication*

## Plan

Milwaukee County, WI
*Milwaukee County Jail*
*949 N. 9th Street*
*Milwaukee , WI53233*

**Physical Therapy - Discharge
Planning**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 4/25/2023 |

*DC PT*

MENEESE, ANDREW

1/19/2004


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/26/2023 |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| Vitals: Ice Treatment | 1.00 misc | Milwaukee MCJ: BID AM & HS | 12/26/2023 1:29:00 PM | 12/29/2023 1:28:00 PM |
| ibuprofen 600 mg tablet | 1.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 12/26/2023 1:29:00 PM | 1/9/2024 1:28:00 PM |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:** ○ *Free Text* ○ *SOAPE*

---

Added 12/26/2023 01:30 PM CST by JKostowicz Volm Nurse Practitioner

S:19 y/o male seen for follow up right elbow injury. He reports on 12/24/23 it was hit against the wall. Rates pain 4-5/10. Described as irritating. Better with not moving. Worse with moving too much or laying on it. Denies prior h/o right elbow pain.

O:

GEN: alert & oriented, cooperative, no acute distress.

EXT: 2+ bilat radial pulses
MSK: right elbow-no deformity or edema, normal ROM, mild tenderness to lateral epicondyle
BUEs strength 5/5 including hand grasp

Milwaukee County, WI
Milwaukee County Jail
949 N. 9th Street
Milwaukee, WI53233

**Provider Progress Note**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/26/2023 |

Patient Allergies:

*A:*
*1. Right elbow contusion*
*Xray not medically indicated at this time-normal ROM, no deformity or edema*

*P:*
*Encouraged daily streiching/ROM*
*Ordered ice PRN x3 days*
*ordered Ibuprofen PRN x2 weeks.*
*Advised to f/u if symptoms worsen or don't improve over upcoming weeks*

| Form Folder and Number: Chronic Care CC03.0 | Form Owner: Forms Committee | Accreditation: All | Active / Last Revision Date: 12/4/2019 |
|---|---|---|---|

Milwaukee County, WI
*Milwaukee County Jail*
*949 N. 9th Street*
*Milwaukee , WI53233*

**Provider Progress Note**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/15/2023 |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

Orders:

No Applicable Data Found For Patient

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Notes / History:** ○ *Free Text* ◉ *SOAPE*

**S:**

*Added 12/15/2023 03:52 PM CST by HMedina Nurse Practitioner*

*Pt seen in clinic to follow up labs. Labs showed low WBC and Slightly low Hemoglobin. HCT normal. He says sometimes he doesn't eat 3 meals a day because he is not hungry. Denies any bleeding. No other complaints*

**O:**

*Added 12/15/2023 03:52 PM CST by HMedina Nurse Practitioner*

*Unremarkable*

**A:**


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/15/2023 |

*Patient Allergies:*

**A:**

*Added 12/15/2023 03:52 PM CST by HMedina Nurse Practitioner*

*Abn labs*

**P:**

*Added 12/15/2023 03:52 PM CST by HMedina Nurse Practitioner*

*1. Will recheck CBC in one month*
*2. Likely nutritional. Be sure to eat 3 meals a day*
*3. await lab results*

**E:**

*Added 12/15/2023 03:52 PM CST by HMedina Nurse Practitioner*

*Pt verbalized understanding and agreed with POC.*

| Form Folder and Number: Chronic Care CC03.0 | Form ●wner: Forms Committee | Accreditation: All | Active / Last Revision Date: 12/4/2019 |
|---|---|---|---|


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/8/2023 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

Orders:

No Applicable Data Found For Patient

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:** ○ *Free Text* ○ *SOAPE*

Added 12/08/2023 12:38 PM CST by JKostowicz Volm Nurse Practitioner

*12/7/23 UA w/ reflex normal*
*Patient notified of results via written communication*

| | | | |
|---|---|---|---|
| WBC | None seen | 0 - 5 | /hpf |
| RBC | 0-2 | 0 - 2 | /hpf |
| Epithelial Cells (non renal) | None seen | 0 - 10 | /hpf |
| Casts | None seen | None seen | /lpf |
| Bacteria | None seen | None seen/Few | |


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/8/2023 |

*Patient Allergies:*

| | | | |
|---|---|---|---|
| Specific Gravity | 1.020 | 1.005-1.030 | |
| pH | 7.5 | 5.0-7.5 | |
| Urine-Color | Yellow | Yellow | |
| Appearance | Clear | Clear | |
| WBC Esterase | Negative | Negative | |
| Protein | Negative | Negative/Trace | |
| Glucose | Negative | Negative | |
| Ketones | Negative | Negative | |
| Occult Blood | Negative | Negative | |
| Bilirubin | Negative | Negative | |
| Urobilinogen,Semi-Qn | 1.0 | 0.2-1.0 | mg/dL |
| Nitrite, Urine | Negative | Negative | |

Microscopic Examination

> Microscopic follows if indicated.

Microscopic Examination    See below:

> Microscopic was indicated and was performed.

Urinalysis Reflex

> This specimen will not reflex to a Urine Culture.

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|
| Chronic Care CC03.0 | Committee | All | Date: 12/4/2019 |

Milwaukee County, WI
*Milwaukee County Jail*
*949 N. 9th Street*
*Milwaukee , WI53233*

**Provider Progress Note**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/7/2023 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

Orders:

No Applicable Data Found For Patient

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**   ◉ **Free Text** ○ **SOAPE**

*Added 12/07/2023 02:51 PM CST by MaryMoore Nurse Practitioner*

*Lab results reviewed. Appt scheduled for next week to discuss.*

| Cholesterol, Total | 122 | 100-169 | mg/dL |
|---|---|---|---|
| Triglycerides | 44 | 0-89 | mg/dL |
| HDL Cholesterol | 44 | >39 | mg/dL |
| VLDL Cholesterol Cal | 11 | 5-40 | mg/dL |
| LDL Chol Calc (NIH) | 67 | 0-109 | mg/dL |


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/7/2023 |

*Patient Allergies:*

| | | | | |
|---|---|---|---|---|
| WBC | 2.5 | LL | 3.4-10.8 | x10E3/uL |
| RBC | 4.86 | | 4.14-5.80 | x10E6/uL |
| Hemoglobin | 12.5 | L | 13.0-17.7 | g/dL |
| Hematocrit | 38.8 | | 37.5-51.0 | % |
| MCV | 80 | | 79-97 | fL |
| MCH | 25.7 | L | 26.6-33.0 | pg |
| MCHC | 32.2 | | 31.5-35.7 | g/dL |
| RDW | 15.6 | H | 11.6-15.4 | % |
| | | | | |
| Glucose | 72 | | 70-99 | mg/dL |
| BUN | 8 | | 6-20 | mg/dL |
| Creatinine | 0.86 | | 0.76-1.27 | mg/dL |
| eGFR | 128 | | >59 | mL/min/1.73 |
| BUN/Creatinine Ratio | 9 | | 9-20 | |
| Sodium | 141 | | 134-144 | mmol/L |
| Potassium | 4.5 | | 3.5-5.2 | mmol/L |
| Chloride | 102 | | 96-106 | mmol/L |
| Carbon Dioxide, Total | 24 | | 20-29 | mmol/L |
| Calcium | 8.8 | | 8.7-10.2 | mg/dL |
| Protein, Total | 6.4 | | 6.0-8.5 | g/dL |
| Albumin | 4.3 | | 4.3-5.2 | g/dL |
| Globulin, Total | 2.1 | | 1.5-4.5 | g/dL |
| A/G Ratio | 2.0 | | 1.2-2.2 | |
| Bilirubin, Total | 0.3 | | 0.0-1.2 | mg/dL |
| Alkaline Phosphatase | 139 | H | 51-125 | IU/L |
| AST (SGOT) | 24 | | 0-40 | IU/L |
| ALT (SGPT) | 25 | | 0-44 | IU/L |

Milwaukee County, WI
*Milwaukee County Jail*
949 N. 9th Street
Milwaukee , WI53233

**Provider Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 11/12/2023 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

Orders:

No Applicable Data Found For Patient

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:** ○ *Free Text* ○ *SOAPE*

*Added 11/12/2023 05:02 PM CST by COpara Nurse Practitioner*

*Pt submitted a sick call reporting that he wants shampoo to clean his hair and skin. He stated that he is broke and would like medical treatment, which would be a free expense. Pt was informed via written response that it was not clinically indicated, and he was directed to get from the canteen.*

| Form Folder and Number: Chronic Care CC03.0 | Form Owner: Forms Committee | Accreditation: All | Active / Last Revision Date: 12/4/2019 |
|---|---|---|---|



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 10/30/2023 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

Orders:

No Applicable Data Found For Patient

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Notes / History:** ⦿ *Free Text* ○ *SOAPE*

*Added 10/31/2023 08:36 AM CST by MaryMoore Nurse Practitioner*

*Received sick call slip requesting COVID booster.*

*Appt schjeduled.*

*Patient informed in writing.*

*Not seen, no charge*

| Form Folder and Number: Chronic Care CC03.0 | Form Owner: Forms Committee | Accreditation: All | Active / Last Revision Date: 12/4/2019 |
|---|---|---|---|


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 2/24/2023 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| naproxen 500 mg tablet | 1.00 tablet | Milwaukee MCJ: BID AM & HS | 2/13/2023 8:00:00 PM | 2/27/2023 7:59:00 PM |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**   ○ *Free Text* ○ *SOAPE*

Added 02/24/2023 01:56 PM CST by NKwansa Provider

S:
Patient seen in clinic for follow up of off-site ortho visit for right 4th metacarpal fracture s/p ORIF (on 12/2/22).
Reviewed returned consult sheet with instructions to follow up as needed given stable x-ray, no malalignment.
Patient endorses occasional pain, but otherwise well tolerated. Patient verbalized understanding and
amenable to plan of care.

O:
No acute distress
Normal respiratory effort
No cyanosis, skin color appropriate for ethnicity
Normal gait, up ad lib
Right 4th finger and dorsum of hand with healed scar and reasonable range of motion of 4th digit

A/P:
1. Right 4th metacarpal fracture s/p ORIF

Milwaukee County, WI
*Milwaukee County Jail*
*949 N. 9th Street*
*Milwaukee , WI53233*

**Provider Progress Note**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 2/24/2023 |

*Patient Allergies:*
  *A/P:*
  *1. Right 4th metacarpal fracture s/p ORIF*
  *- per ortho instructions: WBAT right hand, PRN tylenol for pain, f/u PRN*
  *- continue to work with physical therapy within facility*

  *//Follow up: as needed*

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|
| Chronic Care CC03.0 | Committee | All | Date: 12/4/2019 |


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 2/13/2023 |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| naproxen 500 mg tablet | 1.00 tablet | Milwaukee MCJ: BID AM & HS | 1/30/2023 8:00:00 PM | 2/13/2023 7:59:00 PM |
| naproxen 500 mg tablet | 1.00 tablet | Milwaukee MCJ: BID AM & HS | 2/13/2023 8:00:00 PM | 2/27/2023 7:59:00 PM |
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 2/9/2023 8:00:00 PM | 2/23/2023 7:59:00 PM |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| **Notes / History:** | ○ *Free Text* ○ *SOAPE* |
|---|---|

*Added 02/13/2023 05:05 PM CST by NWang Physical Therapist*

*Pt underwent R 4th metacarpal bone ORIF on 12/15/22. Pt is R hand dominant*

*well healed surgical located at dorsal aspect of R hand along 4th metacarpal bone. PROM/AROM for 4th MCP/DIP/PIP WFL but pain with flex of DIP. grip strength 3-/5. no muscle hypotrophy observed on R hand.*

*s/p R 4th metacarpal bone ORIF, weakness*

*thera ex*


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 2/13/2023 |

*Patient Allergies:*

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|
| Chronic Care CC03.0 | Committee | All | Date: 12/4/2019 |


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 2/9/2023 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 1/26/2023 5:35:00 PM | 2/9/2023 5:34:00 PM |
| naproxen 500 mg tablet | 1.00 tablet | Milwaukee MCJ: BID AM & HS | 1/30/2023 8:00:00 PM | 2/13/2023 7:59:00 PM |
| naproxen 500 mg tablet | 1.00 tablet | Milwaukee MCJ: BID AM & HS | 2/13/2023 8:00:00 PM | 2/27/2023 7:59:00 PM |
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 2/9/2023 8:00:00 PM | 2/23/2023 7:59:00 PM |
| Vitals: Ice Treatment | 1.00 misc | Milwaukee MCJ: BID AM & HS | 2/9/2023 8:00:00 PM | 2/12/2023 7:59:00 PM |

☐ *Vital Signs Taken*

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| **Notes / History:** | ○ *Free Text* ○ *SOAPE* |
|---|---|

*Added 02/09/2023 12:59 PM CST by StCruz Nurse Practitioner*

*Sick call: "hand hurts and big. Ice packs, or hot packs"*

*Chart reviewed. Hx of right hand fx and s/p ORIF. C/o intermittent right hand swelling. Rated pain 7/10. Had intermittent numbness. Unable to make complete fist. No PT since ORIF. Ortho consult scheduled. Patient not informed of date. Will order ice pack BID x 3 days, refer to PT for ROM exercises, and refill acetaminophen and naproxen x 14 days. Patient verbalized understanding and is agreeable with plan.*

Milwaukee County, WI
Milwaukee County Jail
949 N. 9th Street
Milwaukee , WI53233

**Provider Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 2/9/2023 |

Patient Allergies:

acetaminophen and naproxen x 14 days. Patient verbalized understanding and is agreeable with plan.

Seen; charge.

| Form Folder and Number: Chronic Care CC03.0 | Form Owner: Forms Committee | Accreditation: All | Active / Last Revision Date: 12/4/2019 |
|---|---|---|---|


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 1/26/2023 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

*Orders:*

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 1/26/2023 5:35:00 PM | 2/9/2023 5:34:00 PM |
| naproxen 500 mg tablet | 1.00 tablet | Milwaukee MCJ: BID AM & HS | 1/26/2023 8:00:00 PM | 2/9/2023 7:59:00 PM |
| Vitals: Ice Treatment | 1.00 misc | Milwaukee MCJ: TID AM Noon & HS | 1/26/2023 8:00:00 PM | 1/29/2023 7:59:00 PM |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:** ○ *Free Text* ◉ *SOAPE*

**S:**

*Added 01/26/2023 05:41 PM CST by KKSchill Nurse Practitioner*

*Patient was seen in HSU for a follow up appointment for right hand fracture and to assess continued need for splint.*

*Patient is post ORIF of closed displaced fractur of shat of 4th metacarpal bone of right hand. He states he was doing alright with the pain until his splint was confiscated when he was place on discipline. He states now he can't get his hand in a comfortable position to sleep or keep it comfortable during the day. He states when he had the splint, it kept his hand immobilized and comfortable.*

**Milwaukee County, WI**
**Milwaukee County Jail**
**949 N. 9th Street**
**Milwaukee , WI53233**

**Provider Progress Note**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 1/26/2023 |

*Patient Allergies:*

**O:**

*Added 01/26/2023 05:41 PM CST by KKSchill Nurse Practitioner*

*Neuro/Pysch: A&O x 3, conversing normally with appropriate behavior and affect.*

*Neuro/Musculoskeletal: Ambulated to cell door without difficulty, moving all extremities normally. No obvious bone or joint deformity. No evidence of severe pain or distress. Normal gait and posture.*
*Right hand:*
*-able to move with normal ROM but complains of pain with flexing fingers.*
*-Residual swelling and bony tenderness on mid dorsal aspect of right hand. No deformity. Very tender.*
*-Cap refill <2 seconds on all 5 right digits.*

*Skin: Dry without diaphoresis and of normal color tone. No erythema or abnormal temperature. Surgical scar noted, well healed. No keloid.*

*Lungs: Breathing non-labored with normal respiratory rate.*

*Reviewed orthopedic note from 12/15- patient was to wear the splint continuously and then follow up with ortho in 4 weeks.*

**A:**

*Added 01/26/2023 05:41 PM CST by KKSchill Nurse Practitioner*

*1. Closed displaced fractur of shat of 4th metacarpal bone of right hand post ORIF 12/15/22.*

**P:**

*Added 01/26/2023 05:45 PM CST by KKSchill Nurse Practitioner*

*Follow up appointment will be scheduled 1-2 days after outside orthopedic appointment.*

*Added 01/26/2023 05:41 PM CST by KKSchill Nurse Practitioner*

*1. Small black elastic wrist brace placed on right hand- written on patient tier card*
*-ice packs x 3 days*
*-Tylenol/naproxen ordered for pain*
*-Referral entered for ortho follow up*

**E:**


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 1/26/2023 |

*Patient Allergies:*

E:

Added 01/26/2023 05:41 PM CST by KKSchill Nurse Practitioner

*Patient verbalized understanding and agreement with plan.*

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|
| Chronic Care CC03.0 | Committee | All | Date: 12/4/2019 |


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/16/2022 |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 12/2/2022 8:00:00 PM | 1/1/2023 7:59:00 PM |
| ibuprofen 800 mg tablet | 1.00 tablet | Milwaukee MCJ: BID AM & HS | 12/17/2022 8:00:00 AM | 12/31/2022 7:59:00 AM |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

---

**Notes / History:**     ○ *Free Text*  ● *SOAPE*

**S:**

*Added 12/16/2022 12:13 PM CST by COpara Nurse Practitioner*

*"f/u Orto Visit."*
*Pt here for ortho visit on 2/15/2022 following closed displaced fractur of shat of 4th metacarpal bone of right hand s/p ORIF. Pt continue to c/o pain rating it at 6/10 mostly at noc and requesting of Tyl. 3 as best pain medication for controlling his pain. He denied numbness and coldness on his injured hand.*

**O:**

*Added 12/16/2022 12:13 PM CST by COpara Nurse Practitioner*

Milwaukee County, WI
*Milwaukee County Jail*
*949 N. 9th Street*
*Milwaukee , WI53233*

**Provider Progress Note**

 wellpath

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/16/2022 |

*Patient Allergies:*

*A male client came to the office showing non acute distress,*

*Head: Atraumatic and normcephalic.*

*Behavior: Pleasant and clam; fluent and clear speech, Dressed appropriately to the setting*

*Neuro: alert and oriented x 3, no focal deficit*

*Resp: non labored breathing; even, no rales and no rhonchi*

*CAD: S1/S2 present, no murmur, no extra sound. No JVD.*

*Skin: no rash and no lesion.*

*MS: RT hand supported with splint, distal pharyngeal not swollen, not red, and WNL*

**A:**

*Added 12/16/2022 12:13 PM CST by COpara Nurse Practitioner*

*Rt hand pain*

**P:**

*Added 12/16/2022 12:13 PM CST by COpara Nurse Practitioner*

*continue with Tylenol*
*start Ibuprofen 600mg BID x 14 days*

**E:**

*Added 12/16/2022 12:13 PM CST by COpara Nurse Practitioner*

*F/U in one week*
*F/U Ortho Appt*

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|
| Chronic Care CC03.0 | Committee | All | Date: 12/4/2019 |

Milwaukee County, WI
*Milwaukee County Jail*
*949 N. 9th Street*
*Milwaukee , WI53233*

**Provider Progress Note**



| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/16/2022 |

*Patient Allergies:*


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/3/2022 |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| acetaminophen 300 mg-codeine 30 mg tablet | 2.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 12/2/2022 3:33:00 PM | 12/4/2022 3:32:00 PM |
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 12/2/2022 8:00:00 PM | 1/1/2023 7:59:00 PM |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| **Notes / History:** | ○ *Free Text* ○ *SOAPE* |
|---|---|

Added 12/03/2022 07:22 PM CST by VVignieri Nurse Practitioner

*F/U Ortho visit on 11/23*

*pt has heavly bandaged right hand and right arm pt s/r ' yeah I am in alot pain because they were messing with it and put in 7 screws, now I am just waiting for the next follow up. I just got out of surgery. I need the medication they prescribe me but they won't give that to me' pt denies any f/c and denies any new falls and no new trauma NO INFORMATION WAS GIVEN TO PT ABOUT ANY FUTURE APPOINTMENTS. O 132/80 82 99% RANGE 110-136/ 70-86*

*AOX 3 Speech clear and neg slurring*
*HEENT Normocephalic  atrauamatic Neg sweats*
*Eyes PERRLA*
*Nose Neg nasal flaring*
*Mouth wet with saliva*
*Heart S1 S2 normal RRR Neg MM*
*Lungs CTA bilateral Neg wheezes and neg rhonci. Normal respiratory effort*
*skin intact warm and dry, well perfused. Good Turgor,  no cyanosis*


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 12/3/2022 |

*Patient Allergies:*

*Lungs CTA bilateral Neg wheezes and neg rhonci. Normal respiratory effort skin intact warm and dry, well perfused. Good Turgor, no cyanosis*
*LEFT HAND AND ARM HEAVY BANDAGED NEG BAD SMELL FROM HAND*
*Ambulate w/o assistance Normal gait*

*AP 1. told pt to take his tylenol as ordered told pt to try to move hand and fingers when possible even if its small movement to improve circulation pending ortho f/u RTC PRN*

| Form Folder and Number: Chronic Care CC03.0 | Form Owner: Forms Committee | Accreditation: All | Active / Last Revision Date: 12/4/2019 |
|---|---|---|---|

Milwaukee County, WI
*Milwaukee County Jail*
*949 N. 9th Street*
*Milwaukee , WI53233*

**Provider Progress Note**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 11/29/2022 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 11/15/2022 12:06:00 AM | 12/15/2022 12:05:00 AM |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|

**Notes / History:** ○ *Free Text* ○ *SOAPE*

---

*Added 11/29/2022 05:33 PM CST by SAndu Nurse Practitioner*

*Patient seen in clinic in response to sick call for right hand fracture s/p orthopedic of site visit. Patient was seen at Aurora Sinai orthopedic on 11/123 and noted to have closed displaced fracture of shaft of 4th metacarpal bone of right hand. And he is schedule for surgery for 12/5 at Aurora Sinai. He reports intermittent pain and discomfort rates 5/10. Discussed having hand surgery consult placed to determine plan of care. Patient verbalized understanding and agreeable to plan of care.*

*No acute distress*

*Normal respiratory effort*

*No cyanosis, skin color appropriate for ethnicity*


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 11/29/2022 |

*Patient Allergies:*

*No cyanosis, skin color appropriate for ethnicity*

*Right hand in ulnar gutter cast with 4th and 5th digit immobilized*

*Normal gait, up ad lib*

*A/P:*

*1. Displaced fracture of right 4th metacarpal*

*- continue PRN Tylenol, ibuprofen, previously ordered*

*- Off-site hand surgery scheduled for 12/5 at Aurora Sinai. He verbalized understanding and agreed with plan of care.*

| Form Folder and Number: Chronic Care CC03.0 | Form Owner: Forms Committee | Accreditation: All | Active / Last Revision Date: 12/4/2019 |
|---|---|---|---|

Milwaukee County, WI
*Milwaukee County Jail*
*949 N. 9th Street*
*Milwaukee , WI53233*

**Provider Progress Note**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626197 | 2022013932 | 1/19/2004 | 11/28/2022 |

Patient Allergies:

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

Patient Problems:

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 11/15/2022 12:06:00 AM | 12/15/2022 12:05:00 AM |
| ibuprofen 200 mg tablet | 3.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 11/15/2022 12:06:00 AM | 12/15/2022 12:05:00 AM |

☐ **Vital Signs Taken**

Patient Vitals:

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**  ○ *Free Text* ○ *SOAPE*

---

*Added 11/28/2022 01:27 PM CST by BLMichels Nurse Practitioner*

*S: Pt seen for sick call c/o "my eye is swollen, I think Im breaking out". He reports that right upper eyelid has been swollen for 2-3 days. He states that area is not painful today, but was painful when he blinked prior to today. He denies redness or pain in eyes, vision changes, or drainage.*

*O: GENERAL: Well-developed, well-nourished. No acute distress.*

*HEENT: Normocephalic and atraumatic. Pupils are equal, round, and reactive to light and accommodation. No conjunctival injection is noted. No scleral icterus. Hordeolum noted to right upper eyelid. No drainage or crusting noted.*

*A/P: Hordeolum - Pt advised to apply warm moist compress 3-4 x per day for 15 minutes*

*E: Pt educated to POC and is agreeable to it. Pt advised to alert staff to new or worsening symptoms. Pt verbalized understanding. Pt concerns addressed during visit.*


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 11/28/2022 |

*Patient Allergies:*

*E: Pt educated to POC and is agreeable to it. Pt advised to alert staff to new or worsening symptoms. Pt verbalized understanding. Pt concerns addressed during visit.*

*Seen, charge*

| Form Folder and Number: | Form Owner: Forms | Accreditation: | Active / Last Revision |
|---|---|---|---|
| Chronic Care CC03.0 | Committee | All | Date: 12/4/2019 |

Milwaukee County, WI
*Milwaukee County Jail*
*949 N. 9th Street*
*Milwaukee , WI53233*

**Provider Progress Note**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 11/28/2022 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 11/15/2022 12:06:00 AM | 12/15/2022 12:05:00 AM |
| ibuprofen 200 mg tablet | 3.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 11/15/2022 12:06:00 AM | 12/15/2022 12:05:00 AM |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

**Notes / History:**    ◉ *Free Text* ○ *SOAPE*

*Added 11/28/2022 11:52 AM CST by NHeding Nurse Practitioner*

*Scheduler from ortho Aurora called to schedule pts surgery for his hand. referral placed and charge RN told nurse that scheduler will call and scheduler was sent email with pts info*

| Form Folder and Number: Chronic Care CC03.0 | Form Owner: Forms Committee | Accreditation: All | Active / Last Revision Date: 12/4/2019 |
|---|---|---|---|


| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 11/16/2022 |

*Patient Allergies:*

| Observed Date | Type | Allergy | Reaction |
|---|---|---|---|
| 11-14-2022 | Allergy Items | No Known Allergies | |

*Patient Problems:*

| Observed Date | Category | Type | Problem | Confirmed By |
|---|---|---|---|---|
| 11-14-2022 | Acute | Symptoms | Patient Reports No Problems | |
| 11-14-2022 | Acute | Injury | Disp fx of shaft of fourth metacarpal bone, right hand, init | hospital |

Orders:

| Medication | Dose | Schedule | Start Date | End Date |
|---|---|---|---|---|
| (Acetaminophen) Tylenol Extra Strength 500 mg tablet | 2.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 11/15/2022 12:06:00 AM | 12/15/2022 12:05:00 AM |
| ibuprofen 200 mg tablet | 3.00 tablet | Milwaukee MCJ: TID AM Noon & HS | 11/15/2022 12:06:00 AM | 12/15/2022 12:05:00 AM |
| Vitals: Ice Treatment | 1.00 misc | Milwaukee MCJ: BID AM & PM | 11/15/2022 8:00:00 AM | 11/17/2022 7:59:00 AM |

☐ **Vital Signs Taken**

*Patient Vitals:*

| Observed Date | BP | Pulse | Resp | Temp | Pulse Ox | Weight | BMI | PF#1 | PF#2 | PF#3 | Waist |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |

| **Notes / History:** | ○ *Free Text* ○ *SOAPE* |
|---|---|

Added 11/16/2022 03:25 PM CST by NKwansa Provider

S:
Patient seen in clinic in response to sick call for right hand fracture. Patient was seen at Aurora Sinai ED on 11/12 and noted to have closed displaced fracture of shaft of 4th metacarpal bone of right hand. Patient was provided a referral to follow up with hand surgery within days of discharge. Patient reports pain that is intermittently worse. Advised to request PRN tylenol and ibuprofen. He reports that one medication seems to worsen the pain. Instructed patient to select between tylenol and ibuprofen to determine which provides the most relief. Discussed having hand surgery consult placed to determine plan of care. Patient verbalized understanding and agreeable to plan of care.

O:
No acute distress

Milwaukee County, WI
*Milwaukee County Jail*
*949 N. 9th Street*
*Milwaukee , WI53233*

**Provider Progress Note**

 **wellpath**

| Patient Name | Patient Number | Booking Number | Birth Date | Date Of Service |
|---|---|---|---|---|
| ANDREW A MENEESE | 626187 | 2022013932 | 1/19/2004 | 11/16/2022 |

*Patient Allergies:*
  *O:*
  *No acute distress*
  *Normal respiratory effort*
  *No cyanosis, skin color appropriate for ethnicity*
  *Right hand in ulnar gutter cast with 4th and 5th digit immobilized*
  *Normal gait, up ad lib*

  *A/P:*
  *1. Displaced fracture of right 4th metacarpal*
  *- continue PRN tylenol, ibuprofen, and ice pack previously ordered*
  *- off-site hand surgery consult placed*

  *//Referral: ortho hand surgery consult placed*
  *//Follow up: initial health assessment scheduled*

| Form Folder and Number: Chronic Care CC03.0 | Form Owner: Forms Committee | Accreditation: All | Active / Last Revision Date: 12/4/2019 |
|---|---|---|---|